# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2019 MAY 28  PM 3: 35

DEPUTY CLERK _____

Cynthia Jeems

Plaintiff

v.

City of Dallas

Defendant

**319 - CV1270 - N**

Civil Action No.

---

**COMPLAINT**

I am filing this law suit because throughout my employment with the City of Dallas, I have been assaulted, set-up, discriminated against, slandered, belittled, mistreated/lied on. I have treated people the way I expect to be treated, and I tried to forgive, yet, things just kept happening even after I filed an EEOC charge, I was threatened and intimidated In addition, I am not/have not been paid correctly, my profession title is incorrect, therefore my wage has been incorrect since 10/2017

* Attach additional pages as needed.

Date _____ 5/28/2019 _____

Signature _____

Print Name _____ Cynthia Jeems _____

Address _____ 350 E. Las Colinas Blvd  Unit 2042 _____

City, State, Zip _____ Irving, TX 75039 _____

Telephone _____ (662) 392-5538 _____

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Cynthia Jeems | From: | Dallas District Office |
|---|---|---|---|
| | 350 E. Las Colinas Blvd Unit 2042 | | 207 S. Houston St. |
| | Irving, TX 75039 | | 3rd Floor |
| | | | Dallas, TX 75202 |

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 450-2019-03498 | **William C. Harrison,** Investigator | (214) 253-2744 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Belinda F. McCallister,**
**District Director**

APR 1 1 2019

*(Date Mailed)*

Enclosures(s)

cc:  **Patsy Palmer, Client Services Executive Manager**
**City of Dallas**
**1500 Manilla**
**Dallas, TX 75201**

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Anthony Stewart
Human Resources
320 E. Jefferson
Dallas, Texas 75203

Cynthia Jeems
Health Plans Examiner
320 E. Jefferson Suite 204
Dallas, Texas 75203

May 23, 2018

RE:     Letter of Grievance against Kim Haynie

Dear Ms. Rias,

Please be advised that this correspondence comes to you as a letter of grievance against
Kim Haynie. I write this email with sadness, frustration and disappointment; however, I must
inform you about my grievance regarding work ethics practiced by Kim Haynie.  I am
requesting that the matter be looked into and worked out soon.

In brief, my grievance is as follows:

The main problem I face with Kim Haynie is the fact that she is trying to sabotage my
job.  On May 17, we had a meeting with the clients and architect of La Fe Disco Event Center
located at 2102 South Cesar Chavez, permit number (1705101086).  In the meeting, Ethel
Green, a consultant of Master plan revealed to me a set of plans that I had not seen
before.  I reviewed the plans on 4.9.18, 4.18.18, 4.24.18 and 5.14.18.  During the last review
date, I did not see the equipment labeled on sheet A2. And notated that in Posse as the
required revisions needed on May 14, 2018.  To my surprise, the sheet (A2.1) had been
labeled and inserted into the plan.  The sheet that had been revised that was presented to
me by Ethel Green was a loose leaf and the ones that I had been reviewing were attached
and stapled professionally inside the said plan. O May 16, 2018, Kim Haynie and Ethel Green
were in the office late working on plans. On May 17, 2018 during the meeting I observed
revisions that I had not been advised of nor had seen before then.  Attached, please find
the correspondences between Kim Haney and myself about the above-mentioned project
and it will enlighten you as to why I feel the way I do.  Due to the continuous deception,
disrespect and mistreatment, I do not feel comfortable working in this department.  I feel
like I must constantly watch my back because someone may stick a knife in it at any time.  I
am requesting to be transferred to another department.  I am disheartened that I would be
treated as such by people I have not offended in any way and that people would conduct

themselves in such a manner where they would sabotage, deceive, disrespect and mistreat an individual on their job for no apparent reason.

I ask that you please arrange a time in which you and I can have a meeting of the minds to further discuss this grievance.  Looking forward for your immediate positive reaction as against my reaction on the sensitive issue at the earliest.

Respectfully submitted,

Cynthia Jeems MS, RS

# CITY OF DALLAS

**Employee Grievance**

## INSTRUCTIONS

This form is provided to you as an employee of the City of Dallas in the event that you wish to file a grievance pursuant to the Dallas City Code, Chapter 34(Personnel Rules), sec. 34-38 (a) - (d) &(f). This form parallels the requirements of a grievance appeal as set forth in section 34-38 (d) (1) – (4).  All sections of this form should be completed or your appeal may be denied. If you need additional space use the back of the form or attach additional sheets of paper.   **Please PRINT Clearly.**

### A. Employee Information

| Last Name: Jeems | First Name: Cynthia | Employee Number: 117132 |
|---|---|---|

Department Name/Division: | Job Title:

Home Mailing Address: 350 E. Las Colinas Blvd Unt2012 Irving, Texas 70039

Home Phone Number: (442) 392-5538
Work Phone Number: (214) 948-4018

### B. Representation - If you will have either legal or association representation at your hearing provided the following information

Rep. Name: | Rep. Address:

Rep. Phone Number:

### C. Dallas City Code (Personnel Rules) Chapter 34-38(d)(1)

Please provide a brief explanation of the incident causing the grievance, including the date of the occurrence.  If additional sheets are used, please check box to the right.

Please see attachment

☑ Additional sheets/information attached

### D. Dallas City Code (Personnel Rules) Chapter 34-38(d)(2)

Please outline or describe briefly how your working conditions were adversely affected by the incident.  If additional sheets are used, please check box to the right. I do not feel comfortable working in an environment where I have to watching back. I'm stressed and have a hard time concen-

☑ Additional sheets/information attached

### E. Dallas City Code (Personnel Rules) Chapter 34-38(d)(3)

Please cite the specific violation, misinterpretation, or misapplication of the specific rule, law, ordinance, resolution, policy, or regulation of which you are complaining.  If additional sheets are used, please check box to the right.

*Additional sheets/information attached*

### Dallas City Code (Personnel Rules) Chapter 34-38 (d) (4)

Please outline the remedy or solution you seek to address this situation:  If additional sheets are used, please check box to the right.

*Additional sheets/information attached*

### F. Dallas City Code (Personnel Rules) Chapter 34-38 (d) (5)

☐

Pursuant to Personnel Rules Sec. 34-38 (b) Purpose. The grievance and appeal procedures described in this section are provided for giving an employee the opportunity to:

(1)                                                                  present a grievance concerning the employee's working conditions that the employee claims have been adversely affected by a violation, misinterpretation, or misapplication of a specific law, ordinance, resolution, policy, rule or regulations; or

(2)                                                                  appeal a disciplinary action.

Employee signature: _____            Date submitted: _____

*IF DEPARTMENTAL APPEAL, submit this form to the designated person in your department*
*IF CITY MANAGER'S OFFICE APPEAL, submit this form to the HR Department, City Hall 6AN, c/o HR Director*
*Always provide a copy to your Departmental HR Generalist*

**INTERNAL USE ONLY** This grievance appeal ☐ IS ☐ IS NOT timely
Submitted to ☐ Department ☐ HR ☐ Date received                    Received by:
Grievance Level

☐ Level 1            ☐ Level 2            ☐ Level 3            ☐ Level 4

The right to grieve ends if the employee terminates employment with the City (34-38 9c) (17)

Reassignments are not grievable 34-3

An employee may not grieve a position classification 34-37 (c) (18)

An employee who files a grievance & subsequent appeal of the disposition must submit a copy of the original grievance at all levels of the appeals.  34-38 9 (c) (20)

Only items contained in the original grievance will be discussed.

"Our Product is Service"
*Empathy | Ethics | Excellence | Equity*
Rev 2                                                        09/28/2017

**CITY OF DALLAS**                                                    **Employee Grievance**

| INSTRUCTIONS |
|---|

This form is provided to you as an employee of the City of Dallas in the event that you wish to file a grievance pursuant to the Dallas City Code, Chapter 34(Personnel Rules), sec. 34-38 (a) - (d) &(f). This form parallels the requirements of a grievance appeal as set forth in section 34-38 (d) (1) – (4). All sections of this form should be completed or your appeal may be denied. If you need additional space use the back of the form or attach additional sheets of paper.   **Please PRINT Clearly.**

### A. Employee Information

Last Name: *Seems*        First Name: *Cynthia*        Employee Number: *117132*

Department Name/Division: |                      Job Title: |

Home Mailing Address: *350 E. Las Colinas Blvd Unt 2012*        Home Phone Number: *(442) 392-5538*

*Irving, Texas 70039*        Work Phone Number: *(214) 948-4018*

### B. Representation - If you will have either legal or association representation at your hearing provided the following information

Rep. Name: |                      Rep. Address: |

Rep. Phone Number:

### C.  Dallas City Code (Personnel Rules) Chapter 34-38(d)(1)

Please provide a brief explanation of the incident causing the grievance, including the date of the occurrence.  If additional sheets are used, please check box to the right.

*Please see attachment*        ☑ *Additional sheets/information attached*

### D.  Dallas City Code (Personnel Rules) Chapter 34-38(d)(2)

Please outline or describe briefly how your working conditions were adversely affected by the incident.  If additional sheets are used, please check box to the right. *I do not feel comfortable working in an environment where I have to watch my back. I'm stressed and have a hard time concen-* ☑ *Additional sheets/information attached trating*

### E.  Dallas City Code (Personnel Rules) Chapter 34-38(d)(3)

Please cite the specific violation, misinterpretation, or misapplication of the specific rule, law, ordinance, resolution, policy, or regulation of which you are complaining.  If additional sheets are used, please check box to the right.

*Additional sheets/information attached*

### Dallas City Code (Personnel Rules) Chapter 34-38 (d) (4)

Please outline the remedy or solution you seek to address this situation:  If additional sheets are used, please check box to the right.

*Additional sheets/information attached*

### F.  Dallas City Code (Personnel Rules) Chapter 34-38 (d) (5)

☐

Pursuant to Personnel Rules Sec. 34-38 (b) Purpose. The grievance and appeal procedures described in this section are provided for giving an employee the opportunity to:

(1)                                                                                      present a grievance concerning the employee's working conditions that the employee claims have been adversely affected by a violation, misinterpretation, or misapplication of a specific law, ordinance, resolution, policy, rule or regulations; or

(2)                                                                                      appeal a disciplinary action.

Employee signature: _____         Date submitted: _____

*IF DEPARTMENTAL APPEAL, submit this form to the designated person in your department*
*IF CITY MANAGER'S OFFICE APPEAL, submit this form to the HR Department, City Hall 6AN, c/o HR Director*
*Always provide a copy to your Departmental HR Generalist*

**INTERNAL USE ONLY** This grievance appeal  ☐ IS  ☐ IS NOT timely
Submitted to ☐ Department☐ HR☐ Date received                Received by:
Grievance Level

☐ Level 1           ☐ Level 2           ☐ Level 3           ☐ Level 4

The right to grieve ends if the employee terminates employment with the City (34-38 9c) (17)

Reassignments are not grievable 34-3

An employee may not grieve a position classification 34-37 (c) (18)

An employee who files a grievance & subsequent appeal of the disposition must submit a copy of the original grievance at all levels of the appeals.  34-38 9 (c) (20)

Only items contained in the original grievance will be discussed.

Find messages, documents, photos or people                                Home

Compose

← Back  ↰  ↞  →  🗄 Archive  📥 Move  🗑 Delete  🚫 Spam  •••  ⊤  ▲  ▼  ✕

Inbox       999+
Unread
Starred
Drafts        11
Sent
Archive
Spam
Trash
∧ Less

Views    Hide
📷 Photos
📄 Documents
✂️ Deals
🛍 Purchases
🛒 Groceries
✈️ Travel
❓ Tutorials

Folders  Hide
+ New Folder

*of 'EN RECORDS NOTICE: This email and responses may be subject to the Texas Open Records Act and may be disclosed to the public upon request.  Please respond accordingly.**

**Jeems, Cynthia D** <cynthia.jeems@dallascityhall.com>          🖨  🔗    Apr 4 at 8:13 AM
To: cynthiajeems@yahoo.com

**From:** Jeems, Cynthia D
**Sent:** Thursday, April 4, 2019 8:13 AM
**To:** Shelton, James <james.shelton2@dallascityhall.com>; Allgaier, Jennifer
<jennifer.allgaier@dallascityhall.com>; Bird, Clinton <clinton.bird@dallascityhall.com>; Butler,
Ricky <ricky.butler@dallascityhall.com>; Chamberlain, Richard
<richard.chamberlain@dallascityhall.com>; Conger, Richard
<richard.conger@dallascityhall.com>; Davis, Lisa <lisa.davis@dallascityhall.com>; Franklin,
Greg <greg.franklin@dallascityhall.com>; Haynie, Kim <kim.haynie@dallascityhall.com>;
Jackson, Doborah <doborah.jackson@dallascityhall.com>; Kay, Kiesha
<kiesha.kay@dallascityhall.com>; Kennemer, Phillip <phillip.kennemer@dallascityhall.com>;
Lester, Tenisha <tenisha.lester@dallascityhall.com>; McCloure, Marcus W
<marcus.mccloure@dallascityhall.com>; McMillian, Jeremy R
<jeremy.mcmillian@dallascityhall.com>; Nigo, Daniel <daniel.nigo@dallascityhall.com>;
Pinkney III, Charles <charles.pinkney@dallascityhall.com>; Thomas, Kimela
<kimela.thomas@dallascityhall.com>; Thompson, Kevin C
<kevin.thompson1@dallascityhall.com>
**Subject:** RE: Weekly Staff Meeting Discussions 4/1/19

Good morning Jim,

I will speak in my just in case I am being singled out.  Anything that I have done in this office has been either through a directive or your  consent.  I remember having a conversation with you when we discussed me began part vegan and pescatarian  and you told me that I could re-heat fish or salmon in the toaster oven.   I will not reheat fish in the toaster oven again.    Another topic should be mutual respect and respect of person.  Since my first week in this office I have been mistreated, discriminated against, set-up, lied on,  assaulted, name slandered, yelled at and demeaned ( all facts, not just my version of the truth) and none of that is/will be tolerated.  I guess people think it is fine since all of this (with an exception of discrimination)is happening to me and not them.  It should not be happening to anyone.  No one race reigns superior aver any race rather, we all of the human race.  It is very unfortunate that in 2019, I have to (or any African American for that matter) have to report someone to be treated with dignity and respect in the work place.  I should not have to fight for  a seat at the table when countless others have been killed, blood shed and tears for me to have a seat at the table and I will not be denied my rights  I do not have to find me an entourage and tell them my version of the truth because the absolute truth defends itself.  I should not be intimidated, mistreated or subjected to public

abasement.  I do not for the life of me understand how someone can mistreat or dislike someone that has not done anything to them.  I did not sign up for any of this but I will defend

Find messages, documents, photos or people ⌄       Home

Compose

← Back ↩ ⇜ → 🗃 Archive 🗂 Move 🗑 Delete ⊘ Spam ••• ⥮ ▲ ▼ ✕ 🗃 🗓 📑   ⚙

cynthiaje... **999+**

cynthiajee... **999+**

...

| | |
|---|---|
| Inbox | 999+ |
| Unread | |
| Starred | |
| Drafts | 11 |
| Sent | |
| Archive | |
| Spam | |
| Trash | |
| ⌃ Less | |

**Views**     Hide

📷 Photos
📄 Documents
✂ Deals
🛒 Purchases
✈ Travel
❓ Tutorials

**Folders**     Hide

➕ New Folder

✦ FW: Weekly Staff Meeting Discussions 4/1/19   s       Yahoo/Sent ☆

**Jeems, Cynthia D** <cynthia.jeems@dallascityhall.com> 🖨 🔗 Apr 2 at 7:58 AM ☆
To: cynthiajeems@yahoo.com

**From:** Jeems, Cynthia D
**Sent:** Tuesday, April 2, 2019 7:58 AM
**To:** Shelton, James <james.shelton2@dallascityhall.com>
**Subject:** RE: Weekly Staff Meeting Discussions 4/1/19

Good morning Jim,

I was not present during the meeting but will you please add the loud daily burping to the list.
This happens daily and most of the time throughout the work day.

Thank you,

Cynthia Jeems

**From:** Shelton, James
**Sent:** Monday, April 1, 2019 10:08 AM
**To:** Allgaier, Jenniffer <jenniffer.allgaier@dallascityhall.com>; Bird, Clinton
<clinton.bird@dallascityhall.com>; Butler, Ricky <ricky.butler@dallascityhall.com>;
Chamberlain, Richard <richard.chamberlain@dallascityhall.com>; Conger, Richard
<richard.conger@dallascityhall.com>; Davis, Lisa <lisa.davis@dallascityhall.com>; Franklin,
Greg <greg.franklin@dallascityhall.com>; Haynie, Kim <kim.haynie@dallascityhall.com>;
Jackson, Doborah <doborah.jackson@dallascityhall.com>; Jeems, Cynthia D
<cynthia.jeems@dallascityhall.com>; Kay, Kiesha <kiesha.kay@dallascityhall.com>; Kennemer,
Phillip <phillip.kennemer@dallascityhall.com>; Lester, Tenisha
<tenisha.lester@dallascityhall.com>; McCloure, Marcus W
<marcus.mccloure@dallascityhall.com>; McMillian, Jeremy R
<jeremy.mcmillian@dallascityhall.com>; Nigo, Daniel <daniel.nigo@dallascityhall.com>;
Pinkney III, Charles <charles.pinkney@dallascityhall.com>; Thomas, Kimela
<kimela.thomas@dallascityhall.com>; Thompson, Kevin C
<kevin.thompson1@dallascityhall.com>
**Subject:** Weekly Staff Meeting Discussions 4/1/19

Discussions today in the Meeting:

Find messages, documents, photos or people

Compose

| Inbox | 999+ |
| Unread | |
| Starred | |
| Drafts | 11 |
| Sent | |
| Archive | |
| Spam | |
| Trash | |

← Back   Archive   Move   Delete   Spam

Cynthia,

Sorry, I forgot to put you on the email that I just sent. I went downstairs to see who was in. No one's in today. So let me wait till I hear back from HR and Megan.

**Thank you,**

**James Shelton Jr. (Jim)**
Project Development Coordinator/Q-Team

TSBPE I-2218
**City of Dallas | DallasCityNews.net**
Sustainable Development & Construction

320 E. Jefferson Blvd., Rm.204

Dallas, TX 75203
O: (214)-948-4306
james.shelton2@dallascityhall.com

**From:** Shelton, James
**Sent:** Monday, October 29, 2018 10:30 AM
**To:** Wimer, Megan
**Cc:** Gay, James; Sikes, Phil; Stewart, Anthony; Prentice, Nicholas
**Subject:** need to schedule meeting for Cynthia Jeems complaint.

Megan,

I need your assistance. Cynthia Jeems has a complaint that needs to be addressed at your earliest convenience.

**Thank you,**

Find messages, documents, photos or people    Home

Compose

← Back ↩ ↩↩ ➡ 🗄 Archive 📥 Move 🗑 Delete 🚫 Spam ••• ▲ ▼ ✕

Inbox 999+
Unread
Starred
Drafts 11
Sent
Archive
Spam
Trash
∧ Less

Views Hide
🖼 Photos
📄 Documents
✂ Deals
📋 Purchases
🛒 Groceries
✈ Travel
⦿ Tutorials

Folders Hide
+ New Folder

**From:** Jeems, Cynthia D
**Sent:** Monday, October 29, 2018 9:54 AM
**To:** Prentice, Nicholas <nicholas.prentice@dallascityhall.com>
**Subject:** Office concerns

**From:** Jeems, Cynthia D
**Sent:** Monday, October 29, 2018 8:27 AM
**To:** Shelton, James
**Subject:**

Good morning Jim,

On October 18, 2019, I was standing outside talking to someone and Clinton Bird and Richard Conger spoke out and told the person to watch me. On Friday, October 26, Susan McCrum took it upon herself to say to "watch me because I am trouble." Richard Conger has not been here long enough to even make that type of assessment of me, therefore, I know that someone has been discussing me to him. Clinton Bird has told someone this on more than one occasion and then they try to make it appear that I am the issue or am hard to work around. I am not the problem and am tired of being casted in that light. I am not a trouble maker, nor do I need to be watched. It is sad that when a person of African American descent speaks up for herself or demands the respects that she not only deserves but gives to others name is being slandered in such a manner. The people that need to be watched or the trouble makers are the people walking around this office thinking they can undermine me, sabotage me on my job or try to treat me less than. Please offer me some resolve of this issue.

Thank you,



**Cynthia Jeems MS, RS**
*Sanitarian Health Plans Examiner*
*Express Q Team*
**City of Dallas** | DallasCityNews.net
Sustainable Development & Construction

Oak Cliff Municipal Center

320 E. Jefferson Blvd., Room 204

Dallas, TX 75203

Find messages, documents, photos or people    ⌄      Home

Compose

← Back   ↩   ↩↩   →   🗄 Archive   📁 Move   🗑 Delete   🚫 Spam   •••   ▲   ▼   ✕

Inbox    999+
Unread
Starred
Drafts    11
Sent
Archive
Spam
Trash
∧ Less

Views    Hide
🖼 Photos
📄 Documents
✂ Deals
🛒 Purchases
🛍 Groceries
✈ Travel
📑 Tutorials

Folders    Hide
+ New Folder

**To:** <Elaine.chandler@dallascityhall.com>

Good morning Elaine,

I am only forwarding this email to you because we have previously discussed during the meeting last week and I wanted to ensure that you had this email. I know that I am getting back lash because i am the African American woman that has the audacity to speak up and out but if our forefathers would have remained silent, we would still be in bondage.

Thank you,
Cynthia Jeems

I am only sending this email because it corroborates
———— Forwarded message ————
**From: Cynthia Jeems** <cynthiajeems@gmail.com>
Date: Sun, Dec 2, 2018 at 8:29 AM
Subject: Racist behavior
To: Shelton, James <james.shelton2@dallascityhall.com>

Good morning Jim,

Please be advised that this correspondence comes to you as an official complaint about the racist behavior that continues to plague the office of the Q-Team # 204. On November 2, 2018, Richard Conger left out of the Q-Team meeting and came back after fifteen minutes of which I was waiting for Marcus McCloure (electronic plan reviewer) to complete his review. As soon as Richard Conger returned, Marcus slid the plans to him. I spoke out and asked Kimella Thomas isn't there an order in which the plans are to be reviewed by trades during the Q-Team and she responded yes it is suppose to go in the order in which it takes the longest to review and I know that it takes me much longer than electrical and plumbing because as the health reviewer, I have to look at practically all of the sheets within the plan. After I spoke out, Richard tried to slide me the plans, I said no, I will wait on the plans that Kevin Thompson and Greg Franklin were sharing. After Kevin completed his review and slid the plans to me I moved on the other side of the table to have more elbow room and Marcus McCloure started laughing. On November 30, 2018, after Phillip Kilierner (building reviewer) completed his review, he got up and took the plans to Clinton Bird and Clinton Bird told Richard Chamberlain (electrical reviewer)that he would let him take a look at the plans first. Clinton Bird left the Q-Team meeting. While he was out, I was looking for the plans that had the architectural sheets so that I could review them. I asked Richard Chamber if the plans he was looking at contained any architectural sheets and he replied no. I then asked the architect that was present during the meeting did he know were the second set of plans with the architectural sheets and he looked

around and pointed to the ones that Richard Chamberlain was reviewing, so Richard Chamberlain lied. Richard Chamberlain then slid me the plans. Richard Chamberlain was trying to hold the plans for Clinton Bird. All of this is happening again during the meeting that Kimella Thomas was coordinating. I know maybe none of them like me because I will not tolerate the fact that they are sitting of the wrong side of history. Slavery is over and there is absolutely no place in workforce for harassing racist behavior. Kimella Thomas condones this type of behavior because she has displayed racist behavior towards me before by telling me when I first started working for the city and had not been working there very long that she as a Caucasian female, that she was ready for me, an African American was ready for me to start doing plans and that she told you that she was ready for me to start reviewing plans. She was speaking above her pay grad because she sat next to me and was not my supervisor.

I know Clinton Bird is the mastermind behind all of this because the new people would not know about anything that has transpired within the Q-Team office unless someone tells them. I

Find messages, documents, photos or people   ⌄                              Home

Compose

← Back  ↩  ⤺  →  📁 Archive  ▶ Move  🗑 Delete  🛡 Spam  •••  ⊥  ▲  ▼  ✕  🖼 📇 🗐                    ⚙

Inbox       999+

Unread

Starred

Drafts       11

Sent

Archive

Spam

Trash

⌃ Less

Views       Hide

 Photos

📄 Documents

✂ Deals

📋 Purchases

🛒 Groceries

✈ Travel

💡 Tutorials

Folders      Hide

+ New Folder

---

The projects are as follows:


Bowlsk's located at 1825 Abrams;

Family Dollar located at  2415 S. Beltline; and

Dallas Aviation located at 7701 Lemmon.


Thank you,

Cynthia Jeems

---

**From:** Shelton, James
**Sent:** Wednesday, April 24, 2019 11:22 AM
**To:** Jeems, Cynthia D <cynthia.jeems@dallascityhall.com>
**Subject:** RE: Notification of work.


Cynthia,


Which projects were they?


### Thank you,




**James Shelton Jr. (Jim)**
Sr. Project Development Coordinator /

Q-Team

TSBPE  I-2218
**City of Dallas | DallasCityNews.net**
Sustainable Development & Construction

320 E. Jefferson Blvd., Rm.204

Dallas, TX 75203
O:  (214)-948-4306
james.shelton2@dallascityhall.com

🐦 📘 ▶



Find messages, documents, photos or people    ⌄           Home

← Back   ↰   ⇜   ➡   🗄 Archive   ➦ Move   🗑 Delete   🛇 Spam   •••   ⊼ ▲ ▼   ✕   🖾 🖾 🖾     ⚙

Compose

Inbox    999+
Unread
Starred
Drafts    11
**Sent**
Archive
Spam
Trash
⌃ Less

Views     Hide
🖼 Photos
📄 Documents
✂ Deals
🛍 Purchases
🐷 Groceries
✈ Travel
❓ Tutorials

Folders     Hide
+ New Folder



1500 Marilla Street
City hall auditorium L1FN
117132
Account # 9237345
Myaccount@chryslercapital.com

Big T 4515 Village Fair

9/1.17  Jim Shelton took me down stairs to speak to Cynthia Hardage  and she stated that she refuses to train me and has not.

9.21.17 Kimella  stated that she asked Jim when was I going to start doing plans because she had o go down stairs an out some plans
9/20/17. C. HARDAGE stated that she would help train me but untill this day has not done so.
9.20.17 informed L. GARCIA that  J. Shelton asked me to come back to the office this afternoon and she kept me out late deliberately.  I reminded her of how I needed to go back to the office at 3:35 and she pulled into the parking lot and backed in telling me about her personal life.  I pointed at the clock and told her that someone had spoken to Jim about me coming back to the office around 4:45 pm.  I just asked her to get me back to the office because I didn't want Jim to think I was disrespecting his directive.
Went to a bar on Davis street and the custodian asked L. GARCIA about going out on different inspections on site and she asked him where was she and weren't we at 3221 Davis and this is what we will be discussing right now.
9/25 Kimella Thomas came into my cubicle and  stated that are you back for good I said what do you mean and she said will you be staying in because I am ready for you to start doing plans.  I said I am doing what my supervisor tells me to do then she proceeded to come around looking into my monitor trying to see what I was doing and followed me out the door.
9.26.17 asked L. GARCIA about the permit application process and she stated she was not going to train me on that let the people upstairs that makes all the money do that
SHAR CAME UP TO ME AROUND 8:30 AM HANDING ME A PLAN AND I STAYED THAT I WAS GOING OUT INTO THE FIELD.  HE SAID OH WELL I WILL PUT IT ON THE RACK OVER HERE SO YOU WILL KNOW WHERE IT IS.  TOO MANY CHIEFS AND NOT ENOUGH INDIANS
9/27/17 I reported Kimella Thomas actions to Tenisha and Daniel and they told me that she should not be doing that.  I wanted to know if she was a supervisor.
9.27.17 In Wendy's with L. GARCIA and she stated in tired of sitting looking into the kitchen and you're sitting facing traffic , come on let's move to another table. Petty, what difference does it make.

9.27.17.4150 camp wisdom TALKED TO THE MAN AT THE Mexican real taco and told the man that she has nothing to do with electric that he called her while she was at another facility.  The guy tried to explain that he was trying to do the right thing that he was frustrated  and she 23rd him to keep that frustration over there with him because he's trying to bring her problems.  She told him to call electric so that he can get his electricity turned on because she cannot pass him

without it and I grrr en asked him condecendingly does that make sense to him.

 It is so petty.  I sat at the table not paying attention to how or what I was facing and Mighty Joe Young says to me that she is tired of me sitting facing the traffic and she had to sit facing the kitchen so she says come on were are moving to another table.  I got up and sat down again facing the traffic.  It doesn't make since.  The guy working the register was rude when I asked him for some salt so I stated that pur people starve for a lack of knowledge because he's a young black boy and he should not be rude on his job.  I then went on to say that when you're rude to mean for no reason I will check it on site because people don't get paid to be rude on so

9.27.17  7/11 5950 R. L. THORTON the first time L. GARCIA actually showed me on paper and explained what she was issuing a notice of violation on.shes rude and talk to the citizens of Dallas crazy.
Most of these people talk about each other and laugh in each other's face.

Berrylook ▷

FREE S

SHOP

Find messages, documents, photos or people    ∨       Home

Compose

← Back   ↩   ↞   →   🗄 Archive   🏷 Move   🗑 Delete   🛇 Spam   •••   ⊼   ▲   ▼   ✕

| | |
|---|---|
| Inbox | 999+ |
| Unread | |
| Starred | |
| Drafts | 11 |
| **Sent** | |
| Archive | |
| Spam | |
| Trash | |

^ Less

**Views**    Hide

🖼 Photos
📄 Documents
✂ Deals
🛍 Purchases
🛒 Groceries
✈ Travel
🎓 Tutorials

**Folders**    Hide
+ New Folder



▶   Needed notes 3.22.19   2        Yahoo/Sent

**Cynthia Jeems** Green tea, choline, chromium, HCA. Need creatin fo    Mar 22 at 8:11 PM   ☆

**Cynthia Jeems** <cynthiajeems@yahoo.com>       🖨    Mar 22 at 8:12 PM   ☆
To: Cynthia Jeems

Green tea, choline, chromium, HCA. Need creatin for muscle growth . Quick gain for muscle
mass
Drucker's Intra Max 5HTP
HF10 and Iherb to order medicine for neuropathy. Buy bio flux keto
Amitriptyline is good for nerve damages
Hydrocin used for water retention contains juniper, dandelion, green tea and parsley
B6 and magnesium oxide are good for water retention buy glucamannin and whet protein for
water and weight loss
Lucktastic and digit app
3.5. 19Called and complained about the tenant in 3042,at 11:29 received a call back at 11:39
PM but once I said hello twice received no repones.
3.6.19. I watk into the Q-Team meeting and noticed that everyone else review sheets had been
separated. I asked were there health sheets and Richard Conger replied, yes. I then asked
who separated the sheets and Richard Conger said he did but he knew there was health
sheets. Richard then asked me to slide down and look at his sheets and then Mark McClure
slid down to where I usually sit at the end of the table. I then went and sat next to him and
replied that I was sitting where I usually sit and asked him if he could slide down so that we I
could have room to review my plans and he stated he would but I should not have to ask him
that. Mark asked Richard to move down and he said we are fine. Vickie Baker finally came in
and stated that there were no health sheets and that they were going to ask someone to bring
them in. I then asked Kim Haney if she wanted me to stay and she said to leave and she will let
me know when they bring in the health sheets. I will see if there is a continuous pattern of this
racist behavior. The project is Lake Highlands School 9449 Church Road 1902111062. I do
remember that during the Valentine's day gathering, Janelle, Vickie's daughter in law was
present and said she was retiring because she couldn't continue to work with Vickie Rader.
Beach nut hair product
3.18.19 Good morning Jim! I've been up since after 4 am and am still having shortness of
breath and light chests. I'm overwhelmingly anxious with the thought of coming to work. I'm
going to take a Bayer aspirin and try to get my breathing under control. I'm restless and I need
some sleep. I am requesting today off.
3.21.19 Samuel James was telling me that James Shelton was told the during the meeting
yesterday that they can start utilizing me more down stairs in 105. That's a breech in my
contract because I was hired for the Q Team not downstairs. Their are 3 people down stairs
and only me upstairs they've already breached my contract once by not discosing to me that I
would be doing the job that 3 people use to do. I was told that they had been checking my
numbers and productivity. The want me to answer calls and The odd thing is two weeks ago
Sam said he usually only have 2 inspections a day and this week he only had 1 per day. Now I
trying to understand why they do not have him in the office answering calls and questions He
doesn't have any work to do. I have plenty of work to do. I find it quite odd that after my
meeting with HRthat they have a meeting discussion my productivity.

Sent from Yahoo Mail on Android



↩   ↞   →   •••

LUV



Find messages, documents, photos or people    ⌄      Home

Compose

← Back   ↩   ↩↩   →   Archive   Move   Delete   Spam   •••   ⌄   ▲   ▼   ✕

**Inbox**   999+
**Unread**
**Starred**
**Drafts**   11
**Sent**
**Archive**
**Spam**
**Trash**
⌃ Less

Views   Hide

Photos
Documents
Deals
Purchases
Groceries
Travel
Tutorials

Folders   Hide

+ New Folder

Nationwide policy # 7842D337023
Westway, service king #119, Ford body shop

Sam's club membership number   10142100894115484L
Spectrum username   cynthiaje
ems
Vitalize-thinedges.com6 , chuff
The 13 and the cow conspiracy
2759 Irving boulevard
UPS tracking number
950011587864732013688 4
Kala Smith Director of Human resources for Collin County Community college 9727583852
Kasmith@collin.edu
Toothacres.com
972.492.3711
Shannon Thompson Melissa and Kevin Strause
Just fashion Now   What wears
Thezackjohnson
1.3.18. Spoke to Chuck and complained about how my ceiling is cracking from the excessive
stomping from 3042 and also asked for the Officers name and he stated it was Kevin Matthews
and that he works for the hospital district. I also told him that I know that they will probably try to
raise my rent sky high or not renew my lease.
Samsung ticket # 4146898854
Ariala w/ 2 miniature Datsun  Jersey and Slipper
VCAA vet on Airport FWY

3.6.18. Explained to Jim about Quick Trip at 1215 John Carpenter Freeway and 1449 In wood
and told him how rude the lady was and that she hung up the phone on me while explaining the
revulsion for the floor drain. I told him they didn't want to do the drains and he asked C Bird if t
grrr st wanted to do the floor drains and he stated no that the guy had been rude to me
3.7.2018
Deco drive Daniel Nigo called me a trouble maker in front of the customer.  I pulled him to the
side to ask him to refrain from calling me a trouble maker in front of the customers because it
places me at a dis advantage and I told my supervisor as well Jim Shelton that he called me a
trouble maker in front of the customer
Lexus lightbulb  HID

3.13.18 had a 1:30 meeting with coordinator D. Nigo and his instructions were to stamp up the
plans although they were not approved because the building is no there at 6417 W. Northwest
hwy  Chipotle.  Daniel stated just stamp the plans up and approve them that they won't go out
until he has an approval.  He is corrupt along with consultant Raj Sharma that walks around as
if he owns the building trying to intimidate people because if who he knows and the fact that he
use to be the building official.  Clinton Byrd was upset and stated that he couldn't approve the
plan until I do. .  Charles came over and pointed on my plans asking what was that and I stated
put your finger right there.  Someone stated that's sexual harassment and  I stated no it's not so
Clinton Byrd states well I just attended a sexual

<u>Sent from Yahoo Mail on Android</u>

↩   ↩↩   →   •••

Reply, Reply All or Forward



FW: Complaint and Awareness of further harassment and proof that I am working in a hostile work environment   2     Yahoo/Inbox

Jeems, Cynthia D <cynthia.jeems@dallascityhall.com>    Mar 20 at 2:58 PM
To: cynthiajeems@yahoo.com

**From:** Jeems, Cynthia D
**Sent:** Tuesday, September 25, 2018 9:07 AM
**To:** Stewart, Anthony <anthony.stewart@dallascityhall.com>
**Subject:** FW: Complaint and Awareness of further harassment and proof that I am working in a hostile work environment

Good morning Mr. Stewart,

It has been brought to my attention this morning that a plan has been stamped and approved that I do not have records for and is not my hand writing on the health sheet that was stamped nor was I the one that approved the plan in posse, Medical City located at 11990 N. Central Expressway, permit # 1808131088  I wonder if it is a coincidence that Daniel Nigo was the coordinator on this plan.  As I stated before, I do not know who I can trust in this department and I knew it was going to be a conspiracy formed against me to get me fired.  I know that the people that I have spoken truth about are out to get me and have made other departments aware as well so that they can be against me as well.  I think I need some City of Dallas sponsored time off because all of this is causing me undue stress and inability to focus.  Please advise.

Thank you,

Cynthia Jeems

**From:** Nigo, Daniel
**Sent:** Friday, June 1, 2018 1:24 PM
**To:** Jeems, Cynthia D <cynthia.jeems@dallascityhall.com>
**Subject:** RE: Complaint

Cynthia,

Per our conversation this afternoon,  I want assure you,  in no way do I want you to feel not part

5/28/2019
(1,099 unread) - cynthiajeems@yahoo.com - Yahoo Mail
Case 3:19-cv-01270-N-BK   Document 3   Filed 05/28/19   Page 21 of 37   PageID 25

Find messages, documents, photos or people

Home

Compose

← Back  ↰  ↞  →  📥 Archive  ▶ Move  🗑 Delete  🚫 Spam  •••  ▲  ▼  ✕

Inbox  999+
Unread
Starred
Drafts  11
Sent
Archive
Spam
Trash
∧ Less

Views  Hide
🖼 Photos
📄 Documents
✂ Deals
🛍 Purchases
🛒 Groceries
✈ Travel
❓ Tutorials

Folders  Hide
+ New Folder

Dallas, TX 75203
O: (214)-948-4306
james.shelton2@dallascityhall.com



**From:** Jeems, Cynthia D
**Sent:** Monday, October 29, 2018 8:27 AM
**To:** Shelton, James
**Subject:**

Good morning Jim,

On October 18, 2019, I was standing outside talking to someone and Clinton Bird and Richard Conger spoke out and told the person to watch me.  On Friday, October 26, Susan McCrum took it upon herself to say to "watch me because I am trouble."  Richard Conger has not been here long enough to even make that type of assessment of me, therefore, I know that someone has been discussing me to him. Clinton Bird has told someone this on more than one occasion and then they try to make it appear that I am the issue or am hard to work around.  I am not the problem and am tired of being casted in that light. I am not a trouble maker, nor do I need to be watched.  It is sad that when a person of African American descent speaks up for herself or demands the respects that she not only deserves but gives to others name is being slandered in such a manner.  The people that need to be watched or the trouble makers are the people walking around this office thinking they can undermine me, sabotage me on my job or try to treat me less than.  Please offer me some resolve of this issue.

Thank you,

**Cynthia Jeems MS, RS**
*Sanitarian Health Plans Examiner*

*Express Q Team*
City of Dallas | DallasCityNews.net
Sustainable Development & Construction

Oak Cliff Municipal Center

320 E. Jefferson Blvd., Room 204

Dallas, TX 75203
O: (214) 948-4018
cynthia.jeems@dallascityhall.com

Find messages, documents, photos or people            Home

Compose          ← Back  ↰  ↰↰  →  Archive  Move  Delete  Spam  •••  ↕  ▲  ▼  ✕

Inbox      999+
Unread
Starred
Drafts       11
Sent
Archive
Spam
Trash
∧ Less

Views      Hide
  Photos
  Documents
  Deals
  Purchases
  Groceries
  Travel
  Tutorials

Folders    Hide
+ New Folder

From: Cynthia Jeems [mailto:cynthiajeems@gmail.com]
Sent: Sunday, December 02, 2018 9:02 AM
To: Shelton, James
Subject: Racism complaint

Good morning Jim,

I failed to mention that once would like to believe that people are playing or to simply turn the other cheek or African Americans always try to play the race card. If a Caucasian person or any other race for that matter has never walked a mile in person, they my shoes, then none of them have absolutely no idea what it feels like to live while being black. How can anyone hate someone that has not done anything to them simply because of their race/ethnicity? I am simply baffled by this foolishness. It does not matter how long one Caucasian has known the other Caucasian person, he/she can not honestly speak for this person heart or mind and determine whether their intentions/actions were/are racists. African Americans have been placed at a disadvantage by Caucasian over 400 years and this has to stop. No race/ethnicity reigns supreme over the others because we are all the same, the human race..

I am not s a hard person to work with and have worked hard and diligently to be a cohesive part of the Q-Team and simply will not tolerate someone trying to make it appear that I am a trouble, "watch me" or that I am hard to get along with. i am none of this and will not be characterized as such.

Please refer to the request of my first email.

Thank you,

Cynthia Jeems

↰  ↰↰  →  •••

Cynthia Jeems <cynthiajeems@gmail.com>         May 25 at 10:12 AM
To: cynthiajeems@yahoo.com

––––––– Forwarded message ––––––––
From: Cynthia Jeems <cynthiajeems@gmail.com>
Date: Sun, Dec 2, 2018 at 9:01 AM
Subject: Racism complaint
To: Shelton, James <james.shelton2@dallascityhall.com>



Find messages, documents, photos or people

Home

Compose

← Back   Archive   Move   Delete   Spam   ···

Inbox   999+
Unread
Starred
Drafts   11
Sent
Archive
Spam
Trash
⌃ Less

Views   Hide
▦ Photos
▣ Documents
✂ Deals
▤ Purchases
🛒 Groceries
✈ Travel
⚙ Tutorials

Folders   Hide
+ New Folder

Fw: Requested days off due to mental anguish  3     Yahoo/Inbox

Cynthia Jeems <cynthiajeems@yahoo.com>     Mar 14 at 1:58 PM
To: James Shelton

Good afternoon Jim.

During our conversation yesterday afternoon I truly believe that you were trying to intimidate me and you are the last person that I would have ever thought I would be having this conversation with, therefore, I am not only requesting this afternoon off but tomorrow as well  I cannot begin to tell you how tired I am of everything that I am being subjected to in the Q-Team office when I have not done anything to deserve an of this but try to protect myself.  It is so stressful and disheartening.

Thank you,

Cynthia Jeems

Cynthia Jeems <cynthiajeems@yahoo.com>     May 25 at 10:07 AM
To: Cynthia Jeems

> Show original message

Cynthia Jeems <cynthiajeems@yahoo.com>     May 25 at 10:09 AM
To: Cynthia Jeems

> Show original message

Reply, Reply All or Forward



Find messages, documents, photos or people

Home

Compose

← Back   ↰   ⇜   →   🗄 Archive   📁 Move   🗑 Delete   🛡 Spam   •••   ⇅   ▲   ▼   ✕     ⚙

**Fw: Disciplinary actions up to termination**   3     Yahoo/Inbox

| Inbox | 999+ |
|---|---|
| Unread | |
| Starred | |
| Drafts | 11 |
| Sent | |
| Archive | |
| Spam | |
| Trash | |

∧ Less

**Cynthia Jeems** <cynthiajeems@yahoo.com>      🖨   Apr 24 at 8:40 PM
To: KeJuan Smith
Cc: Elaine Y. Chandler

Good evening KeJuan and Erica,

I have received threatening emails on your behalf from my supervisor, James Shelton this afternoon in reference to disciplinary actions up to termination if I do not sign the nondisclosure or non retaliatory documents. In the past, you all did not receive or request ne to sign the documents when I met with both of you on March 20, 2019. I think this is a retaliatory act due to me filing an EEOC charge against thi City of Dallas. I am hereby requesting that you send all of this information to me in writing. Please advise.

Thank you,
Cynthia Jeems

Sent from Yahoo Mail on Android

↰   ⇜   →   •••

Views     Hide
🖼 Photos
📄 Documents
✂ Deals
🛒 Purchases
🥫 Groceries
✈ Travel
🎓 Tutorials

Folders     Hide
+ New Folder

**Cynthia Jeems** <cynthiajeems@yahoo.com>      🖨   May 25 at 10:04 AM
To: Cynthia Jeems

> Show original message

**Cynthia Jeems** <cynthiajeems@yahoo.com>      🖨   May 25 at 10:06 AM
To: Cynthia Jeems

> Show original message

**Reply, Reply All or Forward**

Full Prescribing Information
Medication Guide

**IMPORTANT SAFETY INFORMATION ABOUT HUMIRA® (adalimumab)[1]**

**HUMIRA Use[1]**

HUMIRA is a prescription medicine used to reduce the signs and symptoms of moderate to severe hidradenitis suppurativa in adults.

**IMPORTANT SAFETY INFORMATION ABOUT HUMIRA® (adalimumab)[1]**

**What is the most important information I should know about HUMIRA?**

You should discuss the potential benefits and risks of HUMIRA with your doctor.



Find messages, documents, photos or people ⌄       Home

Compose

← Back ◄ ◄◄ ➡ 📥 Archive ➤ Move 🗑 Delete 🛡 Spam ••• ≑ ▲ ▼ ✕ ⚙

Inbox    999+
Unread
Starred
Drafts    11
Sent
Archive
Spam
Trash
∧ Less

Views    Hide
🖼 Photos
📄 Documents
✂ Deals
📦 Purchases
🛒 Groceries
✈ Travel
⚙ Tutorials

Folders    Hide
+ New Folder

Fw: Out of office   3              Yahoo/Inbox ☆

**Cynthia Jeems** <cynthiajeems@yahoo.com>      🖨   Apr 25 at 6:56 AM
**To:** KeJuan Smith
**Cc:** James Shelton
**Bcc:** shahla.layendecker@dallascityhall.com

Good morning,

Yesterday, April 24, 2019 and several other days before, I have been working under duress, therefore, I have requested to take another metal anguish day off.

Thank you,

Cynthia Jeems

◄   ◄◄   ➡   •••

**Cynthia Jeems** <cynthiajeems@yahoo.com>      🖨   May 25 at 10:03 AM
**To:** Cynthia Jeems

  > Show original message

**Cynthia Jeems** <cynthiajeems@yahoo.com>      🖨   May 25 at 10:05 AM
**To:** Cynthia Jeems

  > Show original message

Reply, Reply All **or** Forward

Find messages, documents, photos or people   ⌄            Home

Compose

← Back   ↩   ⇚   →   🗄 Archive   📁 Move   🗑 Delete   ⊘ Spam   •••   ⊼   ▲ ▼   ✕      ⚙

| | |
|---|---|
| **Inbox** 999+ | Re: FW: Investigation   20                    Yahoo/Inbox ★ |
| Unread | |
| Starred | |
| Drafts 11 | **Jeems, Cynthia D** <cynthia.jeems@dallascityhall.com> 🖨   Apr 24 at 12:12 PM ★ |
| Sent | To: cynthiajeems@yahoo.com |
| Archive | |
| Spam | |
| Trash | |
| ︿ Less | |

Views      Hide

🖼 Photos
📄 Documents
✂ Deals
🛒 Purchases
🛒 Groceries
✈ Travel
💡 Tutorials

Folders      Hide

+ New Folder

---

**From:** Jeems, Cynthia D
**Sent:** Wednesday, April 24, 2019 12:13 PM
**To:** Shelton, James <james.shelton2@dallascityhall.com>
**Cc:** Smith, KeJuan <kejuan.smith@dallascityhall.com>; Wimer, Megan <megan.wimer@dallascityhall.com>
**Subject:** RE: Investigation

Good afternoon Jim,

Thank you. I am not in agreement to signing any confidentiality form. All of this is causing me undue stress on my job. I am requesting 7 mental anguish work days off from this job. I feel like all that I have encountered is happening to me because I am African American and the fact that I speak up for myself when I have been mistreated. I am not at fault in any of this and all of this harassment and intimidation is stressing me out on my job and affecting the ability for me to be able to do my job properly. Plese adise

---

**From:** Shelton, James
**Sent:** Wednesday, April 24, 2019 12:04 PM
**To:** Jeems, Cynthia D <cynthia.jeems@dallascityhall.com>
**Cc:** Smith, KeJuan <kejuan.smith@dallascityhall.com>; Chandler, Elaine Y <elaine.chandler@dallascityhall.com>
**Subject:** RE: Investigation

Cynthia,

I was just asked to ask you if you would sign the form to proceed with the Investigation. So No, I'm not telling you to sign the form, I'm just asking. It's up to you about signing it, not me.

**Thank you,**

Find messages, documents, photos or people      ⌄      Home

Compose

← Back ↩ ↩↩ → 📁 Archive   ↗ Move   🗑 Delete   🚫 Spam   •••   ⚏ ▲ ▼ ✕

| Inbox | 999+ |
|---|---|
| Unread | |
| Starred | |
| Drafts | 11 |
| Sent | |
| Archive | |
| Spam | |
| Trash | |
| ⌃ Less | |



Fw: Follow up meeting   3          Yahoo/Inbox

**Cynthia Jeems** <cynthiajeems@yahoo.com>      🖨 May 2 at 4:46 PM
To: KeJuan Smith
Cc: Erica.Chandler@dallascityhall.com

Good afternoon KeJuan,

Please be advised that this correspondence comes to you as an official request to (1) provide me with a copy of any disciplinary action up to a copy of a letter of termination (2) I have requested to not be treated, harassed or intimidated on my job is what I felt from you today. You stated in the meeting that there is something already in writing as it relates to me and disciplinary actions up to termination. Kindly provide me with copies of any or all documents. Moreover, all that I have been subjected to continues to place me in a hostile work environment and causing me undue stress. I am certain that I would not be subjected to such intimidation, harassing and threatening behavior if I was not a 45 year old African American female.

Thank you,.
Cynthia Jeems

Sent from Yahoo Mail on Android

↩   ↩↩   →   •••

**Cynthia Jeems** <cynthiajeems@yahoo.com>      🖨 May 25 at 10:01 AM
To: Cynthia Jeems

> Show original message

**Cynthia Jeems** <cynthiajeems@yahoo.com>      🖨 May 25 at 10:03 AM
To: Cynthia Jeems

> Show original message

Reply, Reply All **or** Forward

Views    Hide
🖼 Photos
📄 Documents
✂ Deals
🛒 Purchases
🍴 Groceries
✈ Travel
🎓 Tutorials

Folders    Hide
+ New Folder

Explore

MANOR HALL

PAINT WITH PPG >

PPG
PAINTS



Find messages, documents, photos or people

Home

Compose

← Back   Archive   Move   Delete   Spam   ···

Inbox   999+

Unread

Starred

Drafts   11

Sent

Archive

Spam

Trash

∧ Less

Views   Hide

Photos

Documents

Deals

Purchases

Groceries

Travel

Tutorials

Folders   Hide

+ New Folder

⁺ Fw: Intimidation   4                                          Yahoo/Inbox

**Cynthia Jeems** <cynthiajeems@yahoo.com>                    Mar 24 at 7:28 PM
To: kejuan.smith@dallascityhall.com
Cc: Elaine.Chandler@dallascityhall.com

Good evening KeJuan,

Tanisha Lester has been walking around the Q-Team office daily. Last week I went to pick a
paper that I had printed out off the copier machine and when I turned around, I say staring at
me out of the corner of her eye.  ifeel like she is trying to intimidate me.   I know that she does
not like me, therefore, I am not certain of what she is capable, especially since I filed a
complaint against her.  Her stride is very confident as if she knows something I do not almost as
if there will be no repercussions for her actions.  I just wanted to bring awareness to my level of
discomfort in this situation.

Thank you,
Cynthia Jeems

Sent from Yahoo Mail on Android

        ↰   ↞   ⇥   ···

**Cynthia Jeems** <cynthiajeems@yahoo.com>                    Apr 11 at 9:34 AM
To: william.harrison@eeoc.gov

Sent from Yahoo Mail on Android

I

    〉 Show original message

**Cynthia Jeems** <cynthiajeems@yahoo.com>                    May 25 at 9:31 AM
To: Cynthia Jeems

    〉 Show original message

**Cynthia Jeems** <cynthiajeems@yahoo.com>                    May 25 at 9:33 AM



Find messages, documents, photos or people

Home

Compose

← Back   ↰   ↰↰   📁 Archive   📁 Move   🗑 Delete   🛇 Spam   •••   ⇌   ▲   ▼   ✕

**Inbox**    999+

Unread

Starred

Drafts    11

Sent

Archive

Spam

Trash

∧ Less

**Views**    Hide

🖼 Photos

📄 Documents

✂ Deals

🛍 Purchases

🏠 Groceries

✈ Travel

📘 Tutorials

**Folders**    Hide

+ New Folder

Fw: Complaint   4            Yahoo/Inbox

**Cynthia Jeems** <cynthiajeems@yahoo.com>    🖨 🔗   Mar 8 at 7:56 PM
To: KeJuan.Smith@dallascityhall.com

Good evening KeJuan,

I am forewarding this email to you because this is the second time someone has grabbed me by the arm in The Q-Team office. I feel like things are being done in the office to antagonize me to behave negatively at work. I feel that Tenisha Lester is definitely trying to sabotage my job.
In addition, I was in a scheduled Q-Team meeting on Wednesday, March 6, 2019 and each of us usually sit in the same seats according to the trade. I usually sit at the end of the table and Marcus McClure sits beside me. The plans were on the table and Richard Conger and Marcus McClure felt the need to separate the tables and place their clips on so tha only the two of them could occupy that space. I asked about the kitchen plans and Richard Conger responded that he knew there were kitchen plans so they were aware that I needed to be in attendance at the meeting. However neither attempted to make room for me. It is sad that I had to ask Mark McClure to scoot down so that I could have room to review my set of plans. When I asked him he said "sure," but when he asked Richard to move down he replied "We are fine." May I add that both of them are Caucasian. I dont think they understand that it is har to decipher when a Caucasian person is being racist, so everything is perceived as racist, especially considering all that I have been subjected to since I have been working in this office. I did speak to Jim about this situation yesterday and he said that he would talk to him. I appreciate that but this has become a pattern and although I can forgive a lot of things, I cannot forget all that has transpired and how this makes me feel. I cannot for the life of me understand the mistreatmentment and retaliation because disrespect and mistreatment will not be tolerated from anyone. So we should all be able to have mutual respect of person and get the job done both individually and collectively.
Please advise.

Thank you,
Cynthia Jeems

Sent from Yahoo Mail on Android

—— Forwarded Message ——
**From:** "Cynthia Jeems" <cynthiajeems@yahoo.com>
**To:** "kejuan.smith@dallascityhall.xom" <kejuan.smith@dallascityhall.xom>

> Show original message

↰   ↰↰   ➡   •••

**Cynthia Jeems** <cynthiajeems@yahoo.com>    🖨 🔗   Apr 11 at 9:33 AM
To: william_harrison@eeoc.gov

Sent from Yahoo Mail on Android

Forwarded Message



Find messages, documents, photos or people

Home

Compose

← Back   ↰   ⇇   →   🗄 Archive   📁 Move   🗑 Delete   🚫 Spam   •••   ⊼ ▲ ▼ ✕

Inbox    999+

Unread

Starred

Drafts    11

Sent

Archive

Spam

Trash

∧ Less

Views      Hide

🖼 Photos

📄 Documents

✂ Deals

🧾 Purchases

🛒 Groceries

✈ Travel

💡 Tutorials

Folders      Hide

+ New Folder

(No Subject)   2                       Yahoo/Inbox ☆

Cynthia Jeems ...I noticed that Tenisha Lester has not been back to...    Apr 24 at 4:00 PM

Cynthia Jeems <cynthiajeems@yahoo.com>        Apr 24 at 4:00 PM    ☆
To: Cynthia Jeems

Desise38930 -financial aid
4.12.19 R. Conger arrived at work at 8:16 am
C.Bird arrived at work at 8:42 am
R. Conger left fr lunch at 11:47 am and returned at 1:26 pm left at 4:30 pm
Richard Conger is still talking over me during the meeting.
4.15.19. Kim Haney mentioned that about 8 people went to lunch on 4.12.19.  I had no clue about
this happening.  The others got back before Richard Conger and Clinton Byrd.
I dont trust any of them.  I dont even want to be here at work with them and definitely not do
anything with them outside of work.  After I filed my charge they want to have team building
events.  I dobt want to be a part of nothing that involves any of them
4.16.19  I was downstairs talking to Samuel James and Lashawn Garcia and Sam asked me what
was my title for the Q-learn and I said Sanitarian.  He said they are going to have to change that to
plan reviewer, they have us categorized wrong.  We should be G and they have us as H.  We are
not Sanitarian that's what they do on Goforth.  I have notice that since I filed my charge that
Richard Chamberlain and Marcus McCloure have been trying to be very friendly with African
Americans in the office.
4.17.19  All of the white men had attitudes in b.c the office today.
4.17.19 R.conger and C. Bird left for lunch at 12:01 PM and returned at 1:17 pm
For the last two months, Marcus McClure, Kevin Thompson and Richard Conger have gone out of
their way to speak and call my name specifically, now Kevin has started speaking to others not to
make it look so obvious.
I noticed that Tenisha Lester has not been back to the Qteam office
4.19.19 Marcus McClure cant seem to look me in the face
C.Bird arrived to work at 8:55am
one one

Sent from Yahoo Mail on Android

↰   ⇇   →   •••

Reply, Reply All or Forward

🔗   ⊡   🖼   🙂       🔗   B   I   ✎   A̲A̲   •••      🗑

Find messages, documents, photos or people    ∨     Home

Compose

← Back ↩ ⇚ → 🗄 Archive ↪ Move 🗑 Delete ⊘ Spam ••• ⌶ ▲ ▼ ✕

Inbox   999+
Unread
Starred
Drafts   11
Sent
Archive
Spam
Trash
∧ Less

Views   Hide
🖼 Photos
📄 Documents
✂ Deals
📋 Purchases
🛒 Groceries
✈ Travel
🎓 Tutorials

Folders   Hide
+ New Folder

Good afternoon Tenisha,

I have noticed that a lot of our encounters have been unpleasant beginning with an office luncheon that we had and I prepared a salad for a co-worker per her request. I remember you saying that" you did not like olives and why did I add them to the salad ?" and I responded by stating that " I added the olives because they were one of the toppings she brought to be placed in her salad." You then replied, "I want things my way" and I stated, "No I want what is fair." This somehow led to you standing up implying that we were going to fight and that you were going to lose your job today. Not even two weeks later you grabbed my arm pulling me out in

the hall way implying that we were going to fight again. Often times, I have noticed that when you speak to me, that it is very combative, loud, aggressive and demeaning and you do this in front of an audience (most of the time) but try be nice when my supervisor is present. I am aware of the game you are playing and I prefer not to play this game with you during work hours. I have never played with you in this manner. I speak to you and treat you as/like adult and have never placed my hands on you and moving forward expect the same courtesy.

Thank you,

**Cynthia Jeems MS, RS**
*Sanitarian Health Plans Examiner*

*Express Q Team*
**City of Dallas | DallasCityNews.net**
Sustainable Development & Construction

Oak Cliff Municipal Center

320 E. Jefferson Blvd., Room 204

Dallas, TX 75203
O: (214) 948-4018
cynthia.jeems@dallascityhall.com

  

***OPEN RECORDS NOTICE:** This email and responses may be subject to the Texas Open Records Act and may be disclosed to the public upon request. Please respond accordingly.***

↩ ⇚ → •••

Jeems, Cynthia D <cynthia.jeems@dallascityhall.com>   🖨 📎   Mar 6 at 10:05 AM ★
To: cynthiajeems@yahoo.com

5/28/2019
(1,019 unread) - cynthiajeems@yahoo.com - Yahoo Mail
Case 3:19-cv-01270-N-BK   Document 3   Filed 05/28/19   Page 32 of 37   PageID 36

Find messages, documents, photos or people       ⌄                              Home

Compose

← Back  ↩  ⦉⦉  →  🗄 Archive  ↖ Move  🗑 Delete  ⊘ Spam  •••  ▲  ▼  ✕          🔲 🔲 🔳          ⚙

cynthiaje... 999+                    Conversation with Jim 3.7.19                    Yahoo/Inbox  ☆

cynthiajeems ⚙

Inbox        999+           **Jeems, Cynthia D** <cynthia.jeems@dallascityhall.com>  🖨  🔗        Mar 12 at 9:28 AM
Unread                        To: cynthiajeems@yahoo.com
Starred
Drafts        11

Sent              I went to Jim's office and spoke to him about Richard Conger's and Clinton Birds behavior. I
Archive           told him that Richard Conger had a bad habit of speaking over me during the Q-Team
Spam              meetings. On 2.12.19, we had a meeting with a Group from Eno's Pizza Dough located at 3111
Trash             Olympus and he told the client that they could put the mop sink in the elevator and I stated, no
                  the mop sink cannot go in the elevator; so the customer Donna (the applicant) called him out
^ Less            about giving out the wrong information. During the meeting, the architect red lined the plans
                  and drew in the mop sink on the second floor, Richard Conger held the plans up because he
Views      Hide   wanted the mop sink on the plumbing page. On 3.6.19, we had a meeting for Lake Highland
                  High School locate at 9449 Church Road and I was speaking to the MEP person on record and
🖼 Photos         explained to him that the front food hot well lines required floor drains and Richard Conger over
📄 Documents      spoke me again stating that yes, I need you to put floor drains in this area. On 3.7.2019, we
📇 Deals          had a meeting with Parks and recreation (Exile aquatic park, located at 22525 Pine) that had
                  not been set up completely and neither had health information attached to the permit. I was
🛒 Purchases      talking to one of the architects at the meeting and was telling him that a restroom was required
🛍 Groceries      and Clinton Bird, leaned over and asked in front of the customer, can't they just use the hand
✈ Travel         sink in the kitchen, I replied, no they cannot. I spoke to Jim about how Marcus McCloure and
🎓 Tutorials     Richard Conger behaved during the meeting on 3.6.19. I was told that Vickie Rader who no
                  longer is employed with the City and is now working as a consultant came in and separated the
Folders    Hide   plans. I asked who separated the plans and where were the health sheets because I had
                  already checked and knew I was suppose to be a part of the meeting. Richard Conger replied
+ New Folder      that he knew there were some health sheets in the plan so he said it loud enough for everyone
                  to know that I needed to be at the meeting. Richard Conger asked me to come down and take a
                  look at his plans and I did not see any health sheets in the set of plans. I then went and sat on
                  the other side of Marcus McCloure, where I usually sit and saw how they had separated the
                  tables with no way for me to have a way to review my plans once they found them. I then had
                  to ask Mark McCloure if he could slid down so that I can have room to review my health sheet.
                  He replied sure and then asked Richard to slide down and he replied, we are fine. After
                  explaining all of this to Jim, he asked if they were already looking at the plans and if the meeting
                  had started, I said no. It doesn't matter if they were looking at the plans or not. The principle of
                  the situation is that I shouldn't have to ask them to make room for me when Marcus McCloure
                  was sitting where I usually sit and we all sit in the same seats during the Q-Team meeting ever
                  since I have been employed with the City of Dallas. HE then stated that he encouraged them
                  on Monday, the day I was out (how convenient) to start asking questions during the meeting and
                  that he did not see anything wrong with them asking me questions or saying what health
                  required during the meeting. I replied that it made I appear that I am incompetent and I don't
                  feel that it is appropriate that they challenge me in front of the customers when I am the health
                  reviewer not them that they review plumbing sheets. I stated that Richard Conger was giving
                  out the wrong information and I would not challenge them in the meetings, nor would I speak
                  for them because I don't want to misinform someone or step on my co-workers toes. HE replied
                  , well plumbing and health are so related. I told him that all of a sudden they just started
                  behaving in this manner and it had never been like this before. He replied well we all should
                  ask each other questions and challenge one another during the meetings. I stated that these
                  customers are spending a thousand dollars a hour not with the hopes of us asking each other
                  questions during the meetings and challenging each other during the meetings, they pay this
                  money with the expectation that they are dealing with professionals and they know what they
                  are doing. I failed to mention that he encouraged me to start moving other people plans out of
                  my way and lay mines out on the table during the meeting. I replied, I am not that person. I told
                  him that health requires floor drains and plumbing requires floor sinks. I know he knew this
                  because we had this discussion last year but trying to justify Richard's actions again, he began
                  to look up the regulation only to come back and say, yes that is right, health requires floor drains
                  and plumbing requires floor sink. He then stated that he would talk to them and he understood

Find messages, documents, photos or people        ⌄                            Home

Compose

← Back  ↩  ↩↩  →  📁 Archive  📄 Move  🗑 Delete  🚫 Spam  •••  ≑  ▲  ▼  ✕

cynthiaje... 999+          FW: Meeting  5                          Yahoo/Inbox  ⭐

cynthiajeems  ⚙

Inbox        999+          Jeems, Cynthia D <cynthia.jeems@dallascityhall.com>    🖨  ⦾  Mar 19 at 8:09 AM  ⭐
                          To: cynthiajeems@yahoo.com
Unread

Starred

Drafts        11
Sent                      From: Jeems, Cynthia D
                          Sent: Tuesday, March 19, 2019 8:09 AM
Archive                   To: Smith, KeJuan <kejuan.smith@dallascityhall.com>
Spam                      Subject: RE: Meeting

Trash
                          Good morning KeJuan,
∧ Less
                          I did send you  detailed email informing you that I was not in attendance to being stuck in traffic
Views        Hide         for almost two hours.  My phone was at 1% so I did not  have a way to contact you.  Also, I
                          called and left a detailed message on your phone explaining to you why I was not in attendance
  🖼 Photos                and I apologized.  Please do not try and make this appear that I am not willing to cooperate with
  📄 Documents             human resources when this could not be further from the truth.  I do believe your job includes
                          helping me as the employee not attacking me as if I have not had any correspondence with
  ✂ Deals                 you.  Also, the subject in our last  correspondence stating "Possible concerns," did not lead me
  🛒 Purchases             to believe me that you are taking my complaint seriously.  Please do not make  me appear to
                          be unwilling to meet with you and difficult because that could not be further from the truth.
  🛒 Groceries             Should I be concerned about your willingness to be fair and impartial in my complaint?    My
  ✈ Travel                complaints about this department  have always been valid and you have to be briefed on the
  ❓ Tutorials             history of everything that  I have endured before insinuating anything.  I have been out for the
                          last three work days and am just now seeing this meeting.  You stated below to confirm this
                          meeting today, Tuesday, March 19, 2019, what time and where am I to meet with you?  Plese
Folders      Hide         advise.

+ New Folder
                          Thank you,

                          Cynthia Jeems


                          From: Smith, KeJuan
                          Sent: Thursday, March 14, 2019 1:18 PM
                          To: Jeems, Cynthia D <cynthia.jeems@dallascityhall.com>
                          Cc: Shelton, James <james.shelton2@dallascityhall.com>
                          Subject: Meeting


                          Cynthia,


                          The COD Human Resource department strives to provide exemplary service to all its

Find messages, documents, photos or people    ⌄                                    Home

← Back  ↰  ⇜  →  📦 Archive  ▸ Move  🗑 Delete  🚫 Spam  •••  ▲  ▼  ✕    🔲 🔲 🔲    ⚙

**KeJuan Smith abut Tanisha Lester**                                    Yahoo/Inbox  ☆

**Jeems, Cynthia D** <cynthia.jeems@dallascityhall.com>  🖨  🔗    Mar 22 at 3:28 PM
**To:** cynthiajeems@yahoo.com

I just hung up from talking to KeJuan Smith and he ws asking about the other people that
Tanisha Lester has had run-ins with.  I gave him the following:

  1. Jenniffer Allgaier
  2. Olga Torres-Holyoak
  3. Donna Garza
  4. Kim Haynie

I spoke to Kim Haynie last week and she told me that Tanisha had been reported to HR twice
and maybe the third time they will believe you. Also, Donna Garza told me that Tanisha Lester
made Jennifer Allgaier cry.   Also, I was standing at Lisa's Davis cubicle and Tanisha Lester
was telling her how  she and Olga had gotten into it and they had to tear them apart.  The day
after my meeting with KeJuan and  Elaine, I could tell the difference in my co-workers. I walked
into the break room  where Jim and Charles were talking and Charles saw me and they both
stepped out of the room.  This gave me the impression that they told them to watch what they
say around me.  Also, Richard Conger stopped speaking and  James Shelton (Jim doesn't
come my way.  Tuesday, when I came to work, Jim kept walking past me like I was not here.
Richard Conger, Marcus McClure, Richard Chamberlain and  Kevin Thompson have gone out of
their way to speak to me and Daniel  Nigo, Richard Conger are going out of their way to be nice
to me and Richard Conger and Kevin Thompson make sure they call my name in front of
everyone when they speak to me.  Most of them have not been doing this but once I report to
HR they go over board trying to be nice.  They had a group luncheon today and I did not feel
comfortable fellowshipping with them because I do not trust any of them.  Kimela Thomas
 specifically came to my cubicle and stated that she bought a vegetable tray and other things
just for me.  I do not feel safe eating anything they specifically bring for me and do not feel
comfortable bringing my lunch daily and leaving it in the refrigerator because I am nervous that
they may do something to the food.  I have been subject to so much in this office where I will not
put anything passed anyone and do not trust them because I have been subjected to so much
wrong doing , racists acts and ill treatment that I just do not want to be bothered with anyone or
trust anyone.  As I told KeJuan and  Elaine, I do not want to be employed with the City of Dallas
anymore because I have been burned so badly by my co-workers within the Q-Team and how
everyone in the building know everything that  happens everywhere.  KeJuan and Elaine told
me that  I should start looking within the city for a job but I told them that I know that word of
mouth travels within the city and they will try to fire me if I leave this department.  I just want
out.  The Customer from DBU usually speaks to me  and today he said nothing when he saw
me just excuse me,.  When Vickie Rader ws here Wednesday she just kept looking at me crazy
and Michael told a customer to watch Lashawn and I because we are trouble makers.  I thought
that was kind of racist and offensive.  He is Caucasian and should not be making those
statements to us especially since why people use to refer to the slaves that were out spoken as
trouble makers.

**Cynthia Jeems MS, RS**

Find messages, documents, photos or people        ⌄              Home

Compose

← Back   ←   ←   →   ⎙ Archive   ▶ Move   🗑 Delete   ⊘ Spam   ⋯   ▲   ▼   ✕     ▦   📅   📄     ⚙

cynthiaje...   999+

cynthiajee...   999+

...

Inbox          999+

Unread

Starred

Drafts         11

Sent

Archive

Spam

Trash

∧ Less

Views        Hide

🖼 Photos

📄 Documents

✂ Deals

🛍 Purchases

🛒 Groceries

✈ Travel

🎓 Tutorials

Folders        Hide

+ New Folder

=3D"none">
<b>Sent:</b> Tuesday, March 5, 2019 4:08 PM<br clear=3D"none">
<b>To:</b> Lester, Tenisha &lt;tenisha.lester@dallascityhall.com&gt;<br cle=
ar=3D"none">
<b>Subject:</b> Behavior</p>=20
</div>
</div>
<p class=3D"yiv3344516320MsoNormal">  </p>=20
<p class=3D"yiv3344516320MsoNormal">Good afternoon Tenisha,</p>=20
<p class=3D"yiv3344516320MsoNormal">  </p>=20
<p class=3D"yiv3344516320MsoNormal">I have noticed that a lot of our encoun=
ters have been unpleasant beginning with an office luncheon that we had and=
I prepared a salad for a co-worker per her request.   I remember you s=
aying that=E2=80=9D you did not like olives and why did I add
them to the salad ?=E2=80=80=9D and I responded by stating that =E2=80=9C I a=
dded the olives because they were one of the toppings she brought to be pla=
ced in her salad.=E2=80=9D  You then replied, =E2=80=9CI  want th=
ings my way=E2=80=9D and I stated, =E2=80=9CNo I want what is fair.=E2=80=
=9D  This somehow led to
you standing up implying that we were going to fight and that you were goi=
ng to lose your job today.   Not even two weeks later you grabbed my ar=
m pulling me out in the hall way implying that we were going to fight again=
...  Often times, I have noticed that when
you speak to me, that it is very combative, loud, aggressive  and dem=
eaning and you  do this in front of an audience (most of the time) but=
try  be nice when my supervisor is present.  I am aware of the g=
ame you are playing and I prefer not to play this game
with you during work hours. I have never played with you in this manner. I=
speak to you and treat you as/like adult and have never placed my hands on=
you and moving forward expect the same courtesy.</p>=20
<p class=3D"yiv3344516320MsoNormal">  </p>=20
<p class=3D"yiv3344516320MsoNormal">Thank you,</p>=20
<table class=3D"yiv3344516320MsoNormalTable" border=3D"0" cellspacing=3D"0"=
cellpadding=3D"0" width=3D"372" style=3D"width:279.6pt;border-collapse:col=
lapse;"><tbody><tr style=3D"min-height:107.85pt;"><td colspan=3D"1" rowspan=
=3D"1" width=3D"98" style=3D"width:73.8pt;border:none;border-right:solid wi=
ndowtext 1.0pt;padding:0in 5.4pt 0in 5.4pt;min-height:107.85pt;">
<p class=3D"yiv3344516320MsoNormal" style=3D"line-height:105%;"><a rel=3D"n=
ofollow" shape=3D"rect" target=3D"_blank" href=3D"http://www.dallascitynews=
..net/"><span style=3D"color:windowtext;text-decoration:none;"><img id=3D"yi=
v3344516320Picture_x0020_1" border=3D"0" width=3D"84" height=3D"85" style=
=3D"width:.875in;min-height:.8854in;" src=3D"cid:AcgrxWi7gDLS0r0SwFeo"></sp=
an></a><span style=3D"font-size:8.0pt;line-height:105%;font-family:Text;col=
or:black;"></span></p>=20
<p class=3D"yiv3344516320MsoNormal" style=3D"line-height:105%;"><span style=
=3D"font-size:9.0pt;line-height:105%;font-family:Text;color:#1F497D;"> &nbs=
p;</span></p>=20
</td><td colspan=3D"1" rowspan=3D"1" valign=3D"top" width=3D"274" style=3D"=
width:2.85in;padding:0in 5.4pt 0in 5.4pt;min-height:107.85pt;">
<p class=3D"yiv3344516320MsoNormal" style=3D"line-height:105%;"><span style=
=3D"font-size:10.0pt;line-height:105%;font-family:Text;color:black;"> &nbsp=
;</span></p>=20
<p class=3D"yiv3344516320MsoNormal" style=3D"line-height:105%;"><b><span st=
yle=3D"color:#404040;">  Cynthia Jeems MS, RS</span></b><span style=3D=
"color:#404040;"><br clear=3D"none">
<i>  Sanitarian Health Plans Examiner </i></span></p>=20
<p class=3D"yiv3344516320MsoNormal" style=3D"line-height:105%;"><i><span st=
yle=3D"color:#404040;">  Express Q Team</span></i><span style=3D"=
color:#1F497D;"><br clear=3D"none"">



Find messages, documents, photos or people

Home

Compose

← Back ↩ ↪ ➔   🗄 Archive   📁 Move   🗑 Delete   🛡 Spam   ••• ... ▲ ▼ ✕

**Inbox**   999+
Unread
Starred
**Drafts**   11
Sent
Archive
Spam
Trash
∧ Less

**Views**    Hide
🖼 Photos
📄 Documents
✂ Deals
🛒 Purchases
🛍 Groceries
✈ Travel
❓ Tutorials

**Folders**    Hide
+ New Folder

FW: Can we talk   2            Yahoo/Inbox

**Jeems, Cynthia D** <cynthia.jeems@dallascityhall.com>   🖨 🔗    Mar 6 at 10:04 AM
To: cynthiajeems@yahoo.com

From: Jeems, Cynthia D
Sent: Wednesday, March 6, 2019 10:04 AM
To: Shelton, James <james.shelton2@dallascityhall.com>
Subject: RE: Can we talk

Good morning Jim,

I just came to your door and heard yelling so I turned around. I was in the meeting we had scheduled this morning. I stepped out because they did not have the kitchen sheets so I decided to take a look at Flying Saucer, the plan you asked me to take a look at this morning yesterday afternoon. I was just told that the sheets are now here. Would you like me to come to your office when I am done with the meeting?

From: Shelton, James
Sent: Wednesday, March 6, 2019 9:59 AM
To: Jeems, Cynthia D <cynthia.jeems@dallascityhall.com>
Subject: Can we talk

Cynthia,

Are you available to talk now. If so come see me please.

**Thank you,**

**James Shelton Jr. (Jim)**
Sr. Project Development Coordinator /

Q-Team

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

RECEIVED

MAY 28 2019

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

*Cynthia Teens*

**DEFENDANTS**

*City of Dallas*

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**319-CV1270-N**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☑ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
*(U.S. Government Not a Party)*

☑ 2 U.S. Government
Defendant

☐ 4 Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☑ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☑ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☑ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☑ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: *Other civil rights, wage employment, personal injury*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☑ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____