ORIGINAL

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DISTRICT OF TX
FILED

2019 JUL -2 PM 3:04

DEPUTY CLERK ER

Cynthia Jeens
_____
Plaintiff

v.

City of Dallas
_____
Defendant

Case # 3:19-cv-01270
Civil Action No.

Magistrate Renee Holmes-Toliver

Please be advise that these documents came to you per your request for money paid out monthly and additional evidence that has happened since the City of Dallas was notified by the Court for your review. I really do not know what they are capable of. Thank you for your time and consideration in this matter.

* Attach additional pages as needed.

Date: 7/2/2019
Signature: Cynthia G___
Print Name: Cynthia Jeens
Address: 850 E Las Colinas Blvd Unit 2042
City, State, Zip: Irving, TX 76039
Telephone: (202) 392-5538

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
_____ DIVISION

2019 JUN 28 PM 2:50

DEPUTY CLERK ER

Cynthia Jeans
Plaintiff

v.

City of Dallas
Defendant

Case # 3:19-cv-01270
Case Number

Magistrate Renee Harris-Tolive

Please be advised that these documents come to you per your request for money paid int'l multiply and evidence that has happened since the City of Dallas was notified by the courts for your review. Thank you for your time in this matter

*Attach additional pages as needed

Date _____

Signature _____

Print Name _____

Address _____

City, State, Zip _____

Telephone _____

*Exhibit A*
*Case # 3:19-c-v-01270*

Jeems, Cynthia D <cynthia.jeems@dallascityhall.com>    Apr 24 at 12:12 PM
To: cynthiajeems@yahoo.com

From: Jeems, Cynthia D
Sent: Wednesday, April 24, 2019 12:13 PM
To: Shelton, James <james.shelton2@dallascityhall.com>
Cc: Smith, KeJuan <kejuan.smith@dallascityhall.com>; Wimer, Megan <megan.wimer@dallascityhall.com>
Subject: RE: Investigation

Good afternoon Jim,

Thank you. I am not in agreement to signing any confidentiality form. All of this is causing me undue stress on my job. I am requesting 7 mental anguish work days off my from this job. I feel like all that I have encountered is happening to me because I am African American and the fact that I speak up for myself when I have been mistreated. I am not at fault in any of this and all of this harassment and intimidation is stressing me out on my job and affecting the ability for me to be able to do my job properly. Plese adise

From: Shelton, James
Sent: Wednesday, April 24, 2019 12:04 PM
To: Jeems, Cynthia D <cynthia.jeems@dallascityhall.com>
Cc: Smith, KeJuan <kejuan.smith@dallascityhall.com>; Chandler, Elaine Y <elaine.chandler@dallascityhall.com>
Subject: RE: Investigation

Cynthia,

I was just asked to ask you if you would sign the form to proceed with the Investigation. So No, I'm not telling you to sign the form, I'm just asking. It's up to you about signing it, not me.

**Thank you,**



James Shelton Jr. (Jim)
Sr. Project Development Coordinator /

| Home | Mail | Tumblr | News | Sports | Finance | Entertainment | Lifestyle | Answers | Groups | Mobile | More ⌄ |

🔍 All ⌄ | Cynthia Jeems, search your mailbox | Search Mail | Search Web | Home | Cynthia | ⚙

MAA    Your Statement for Cl  ⌄

✏ Compose

▶ Yahoo (2340)
cynthiajeems (9999+)

Inbox (2340)
Drafts (24)
Sent
Archive
Spam
Trash
⌄ Smart Views
   Important
   Unread
   Starred
   People
   Social
   Shopping
   Travel
   Finance
⌄ Folders

← Search results  ← ⇐ →   📁 Archive   📂 Move ⌄   🗑 Delete ⬇ ⊘ Spam   ⋯ More ⌄

Your Statement for CR at Las Colinas       Yahoo

**CR at Las Colinas** <crlascolinas@maac.com>   📎 Jun 25 at 4:45 PM
To Cynthia Jeems

Dear Cynthia Jeems,

Below is a breakdown of your charges due 7/1/2019 from CR at Las Colinas.

**Summary of Charges for 350 E. Las Colinas Blvd #2042:**

| | |
|---|---|
| Other Government Charges (3/20/19 - 4/18/19) | $2.52 |
| Pest Control Service (5/1/19 - 6/1/19) | $5.00 |
| Sewer Charges (3/20/19 - 4/18/19) | $14.92 |
| Base Rent | $1,440.00 |
| Storage Space | $17.50 |
| Trash Service (5/1/19 - 6/1/19) | $30.00 |
| Water Base Charges (3/20/19 - 4/18/19) | $0.54 |
| Water Charges (3/20/19 - 4/18/19) | $14.92 |
| Washer/Dryer Rental | $50.00 |
| **Total Amount Due** | **$1,575.40** |

These charges will show in your myMAA.com account on the first of the month, at which time you can make an electronic payment. Thank you for being a great resident!

Sincerely,

CR at Las Colinas
214-574-7888

Special Notes:

**Rent Reminder**
Thank you for your cooperation with our new billing program! Please submit all payments with the remittance. You will now receive all charges on one convenient billing statement!

**Service Requests**
All service requests should be communicated to the management office via myMAA.com, the above phone number, or on a separate form of notification. Do not write service requests on the Payment Remittance, this may cause a delay in your request.

**Payment Instructions**
All payments must be submitted with the attached remittance. Cash will not be accepted. Billing amount best reflects account at time of printing. Any error or omission on this bill does not absolve resident of the obligation to pay the correct rent amount and charges in a timely manner. Do not include additional correspondence with your payment. Any questions or comments need to be submitted to the management office.

**Late Payment Policy**
Rent is due on or before the 1st of the month. Outstanding balances will be charged a late fee according to your lease agreement. Late payments must be paid with Cashiers Check or Money Order. Additional fees may be assessed according to your lease agreement. The purpose of this communication is to collect a debt.

---

**CR at Las Colinas**
✉ crlascolinas@maac.com
📱 (214) 574-7888
🔍 Search emails
⋯

*Handwritten annotations:* Case # 3:19-CV-01270   due by 7/3/19

AdChoices ▷

Case# 3:19-C-v-01270

Find messages, documents, photos or people

Home

Compose    ← Back   ↰   ↰↰   →   Archive   Move   Delete   Spam

cynthiaje... 999+
cynthiajee... 999+

Inbox      999+
Unread
Starred
Drafts     24
Sent
Archive
Spam
Trash
∧ Less

Views      Hide
  Photos
  Documents
  Deals
  Purchases
  Groceries
  Travel
  Tutorials

Folders    Hide
+ New Folder

**OPEN RECORDS NOTICE:** *This email and responses may be subject to the Texas Open Records Act and may be disclosed to the public upon request. Please respond accordingly.***

**From:** Jeems, Cynthia D
**Sent:** Wednesday, April 24, 2019 2:04 PM
**To:** Shelton, James <james.shelton2@dallascityhall.com>
**Subject:** RE: Investigation

Good afternoon Jim,

I have already spoken to KeJuan Smith and Erica Chandler about the complaint against Tenisha Lester on March 20, 2019. I was truthful during the meeting. I am not in agreement to signing any confidential disclosure documents. The city has access to a polygraph test. I am in agreement to taking one and am requesting that Tenisha Lester takes one as well. Also, we should be speaking on how Susan McCrum grabbed me by my arm. If you want to terminate me, I suggest you put it in writing, otherwise, I have nothing further to say in regards to this matter. I am requesting that this harassment and intimidation stop immediately. Please advise.

Thank you,

Cynthia Jeems


**From:** Shelton, James
**Sent:** Wednesday, April 24, 2019 1:41 PM
**To:** Jeems, Cynthia D <cynthia.jeems@dallascityhall.com>
**Cc:** Smith, KeJuan <kejuan.smith@dallascityhall.com>; Chandler, Elaine Y <elaine.chandler@dallascityhall.com>
**Subject:** RE: Investigation

Cynthia,

*Case # 3:19-CV-01270*

the meeting. I am not in agreement to signing any confidential disclosure documents. The city has access to a polygraph test. I am in agreement to taking one and am requesting that Tenisha Lester takes one as well. Also, we should be speaking on how Susan McCrum grabbed me by my arm. If you want to terminate me, I suggest you put it in writing, otherwise, I have nothing further to say in regards to this matter. I am requesting that this harassment and intimidation stop immediately. Please advise.

Thank you,

Cynthia Jeems

---

**From:** Shelton, James
**Sent:** Wednesday, April 24, 2019 1:41 PM
**To:** Jeems, Cynthia D <cynthia.jeems@dallascityhall.com>
**Cc:** Smith, KeJuan <kejuan.smith@dallascityhall.com>; Chandler, Elaine Y <elaine.chandler@dallascityhall.com>
**Subject:** RE: Investigation

Cynthia,

I'm sorry but I have to request that you speak with KeJuan Smith and Elaine Chandler about the complaint (activity investigation) that you filed against Tenisha Lester. I need for you to sign the Confidentiality and Non-Retaliation Agreement Internal Investigation Form, if failure to cooperate in the investigation and/or failure to be truthful during the investigation it is a serious violation and could possibly lead to disciplinary action, up to and including termination of employment with the City of Dallas.

KeJuan and Elaine are currently in the 202 conference room. Please let them know.

Also we can meet with KeJuan this afternoon about requesting time off and how it needs to be handled and what actions need to be followed.

**Thank you,**

## Fw: Investigation

**Jeems, Cynthia D** <cynthia.jeems@dallascityhall.com>   Apr 24 at 12:12 PM
To: cynthiajeems@yahoo.com

---

**From:** Jeems, Cynthia D
**Sent:** Wednesday, April 24, 2019 12:13 PM
**To:** Shelton, James <james.shelton2@dallascityhall.com>
**Cc:** Smith, KeJuan <kejuan.smith@dallascityhall.com>; Wimer, Megan <megan.wimer@dallascityhall.com>
**Subject:** RE: Investigation

Good afternoon Jim,

Thank you. I am not in agreement to signing any confidentiality form. All of this is causing me undue stress on my job. I am requesting 7 mental anguish work days off my from this job. I feel like all that I have encountered is happening to me because I am African American and the fact that I speak up for myself when I have been mistreated. I am not at fault in any of this and all of this harassment and intimidation is stressing me out on my job and affecting the ability for me to be able to do my job properly. Plese adise

---

**From:** Shelton, James
**Sent:** Wednesday, April 24, 2019 12:04 PM
**To:** Jeems, Cynthia D <cynthia.jeems@dallascityhall.com>
**Cc:** Smith, KeJuan <kejuan.smith@dallascityhall.com>; Chandler, Elaine Y <elaine.chandler@dallascityhall.com>
**Subject:** RE: Investigation

Cynthia,

I was just asked to ask you if you would sign the form to proceed with the Investigation. So No, I'm not telling you to sign the form, I'm just asking. It's up to you about signing it, not me.

**Thank you,**

Find messages, documents, photos or people    Home

Compose    ← Back    Archive    Move    Delete    Spam    ...

cynthiaje... 999+
cynthiajee... 999+
Inbox 999+
Unread
Starred
Drafts 24
Sent
Archive
Spam
Trash
∧ Less

Views    Hide
Photos
Documents
Deals
Purchases
Groceries
Travel
Tutorials

Folders    Hide
+ New Folder

**OPEN RECORDS NOTICE: This email and responses may be subject to the Texas Open Records Act and may be disclosed to the public upon request. Please respond accordingly.**

From: Jeems, Cynthia D
Sent: Wednesday, April 24, 2019 2:04 PM
To: Shelton, James <james.shelton2@dallascityhall.com>
Subject: RE: Investigation

Good afternoon Jim,

I have already spoken to KeJuan Smith and Erica Chandler about the complaint against Tenisha Lester on March 20, 2019. I was truthful during the meeting. I am not in agreement to signing any confidential disclosure documents. The city has access to a polygraph test. I am in agreement to taking one and am requesting that Tenisha Lester takes one as well. Also, we should be speaking on how Susan McCrum grabbed me by my arm. If you want to terminate me, I suggest you put it in writing, otherwise, I have nothing further to say in regards to this matter. I am requesting that this harassment and intimidation stop immediately. Please advise.

Thank you,

Cynthia Jeems

From: Shelton, James
Sent: Wednesday, April 24, 2019 1:41 PM
To: Jeems, Cynthia D <cynthia.jeems@dallascityhall.com>
Cc: Smith, KeJuan <kejuan.smith@dallascityhall.com>; Chandler, Elaine Y <elaine.chandler@dallascityhall.com>
Subject: RE: Investigation

Cynthia,

Cynthia Jeems

350 E. Las Colinas Blvd. Unit 2042

Irving, Texas 75039

June 27, 2019

Magistrate Renee Harris-Toliver

1100 Commerce Street

Dallas, TX 75242

RE:   Update (Case # 3:19-cv-01270)

The cash app money of a $100 dollar was sent to my mother on May 6 as shown in my bank account statement. Also, I took her an additional $100 dollars when I visited during Memorial Day weekend. Also included in my bank statement is my rent, car note, and more.

Thank you for your time and attention in this matter.

Respectfully submitted

Cynthia Jeems

**BANK OF AMERICA**
BANK OF AMERICA, N.A. (THE "BANK")

CYNTHIA DENISE JEEMS

ADV PLUS BANKING
**** **** 9778

Last Posting Date 06/27/2019

Page 1 of 17

Transaction History

Date/Time Printed 6/28/2019 12:55 PM EST

## Since Last Statement Summary

Last Statement Date 06/20/2019
Balance Last Statement ($) $371.31
Deposits/Credits (+) $4,385.97   # 3
Withdrawals/Debits (-) $4,075.48   # 45
Available Balance ($) $1,648.53
*Some of the information was not available when this page was printed. Please ask your Bank of America banker to assist you.
Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

Holds (-)
Pending Credits (+)

Case #3:19-C-v-01270
fw rent by 7/3/19 1076.90

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| 06/30/2019 | CHECKCARD 0528 PARKING COMPANY O    DALLAS    TX 25415759149002596853932 | Debit | -$8.00 | $2,222.87 |
| 05/30/2019 | CHECKCARD 0529 TWC*TIME WARNER C    888-TWCABLE  TX 55432869149200913484695 | Debit | -$166.83 | $2,230.87 |
| 05/30/2019 | DCCCD PAYROLL   DES:Payroll  ID:3283995   INDN:JEEMS, CYNTHIA D.   CO ID:1751213149 PPD | Deposit | $1,058.00 | $2,397.70 |
| 05/28/2019 | CHECKCARD 0528 REDBOX *DVD RENTA 866-733-2693 IL 55432869148200605866895 | Debit | -$4.60 | $1,339.70 |
| 05/28/2019 | CHECKCARD 0526 KROGER FU 7505   IRVING    TX | Debit | -$17.83 | $1,344.30 |
| 05/28/2019 | KROGER #0 7505 05/26 #00022464 PURCHASE KROGER #0 7505 N  IRVING   TX | Debit | -$164.08 | $1,362.13 |
| 05/28/2019 | CHECKCARD 0524 AT&T*BILL PAYMENT RECURRING 8003310500 GA 55480779145799464797427 | Debit | -$132.30 | $1,526.21 |

* = Item(s) included in Previous Statement(s).
For additional information or service, please contact the Customer Service Center at 1-800-432-1000
00-14-9036M 11-2010 NTX
**** **** 9778
Page 1

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| 05/28/2019 | CHECKCARD 0524 SQ *SQ *LE MUNCHI DALLAS TX 5543286914420091836005 | Debit | -$9.74 | $1,658.51 |
| 05/28/2019 | CHECKCARD 0524 HAPPYTRENDSOUTLET 786-5302520 FL 5543687914513145680490 | Debit | -$12.92 | $1,668.25 |
| 05/24/2019 | CHECKCARD 0524 NETFLIX COM LOS GATOS CA 00000000000000499962 RECURRING | Debit | -$8.65 | $1,681.17 |
| 05/24/2019 | City of Dallas  DES:PR PAYMENT ID:0001-00011717132 INDN:Jeems Cynthia CO ID:1756000508 PPD | Deposit | $1,663.99 | $1,689.82 |
| 05/23/2019 | KROGER #0577  05/23 #000523126 PURCHASE  7505 N MACARTHUR  IRVING  TX | Debit | -$12.98 | $25.83 |
| 05/23/2019 | CHECKCARD 0523 WENDY'S #2251 IRVING TX | Debit | -$4.32 | $38.81 |
| 05/22/2019 | CHECKCARD 0522 TWC*TIME WARNER C 888-TWCABLE TX 5543286914220038028947 | Debit | -$36.64 | $43.13 |
| 05/21/2019 | KROGER #0577  05/21 #000514570 PURCHASE  7505 N MACARTHUR  IRVING  TX | Debit | -$35.40 | $79.77 |
| 05/20/2019 | Stop Payment Fee | Fee | -$30.00 | $115.17 |
| 05/20/2019 | FARMERS INS  DES:EFT PYMT  ID:M571147244407RCD  INDN:CYNTHIADJEEMS 35 CO ID:1952275893 PPD | Other Payment | -$20.75 | $145.17 |
| 05/20/2019 | Speedpay     DES:PAYCarFina ID:23134191001 INDN:23134191001 CO ID:1310999001 PPD | Other Payment | -$560.65 | $165.92 |
| 05/20/2019 | CHECKCARD 0518 KROGER FU 7505 IRVING TX | Debit | -$32.08 | $726.57 |
| 05/20/2019 | KROGER #07505 05/18 #000719296 PURCHASE KROGER #0 7505 N IRVING TX | Debit | -$122.62 | $758.65 |
| 05/20/2019 | CHECKCARD 0517 SQ *SQ *LE MUNCHI Dallas TX 5543286913720037233924 | Debit | -$9.74 | $881.27 |

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| 05/10/2019 | CHECKCARD 0510 KROGER FU 7505 IRVING TX | Debit | -$36.42 | $1,603.79 |
| 05/10/2019 | KROGER #0577 05/10 #000504660 PURCHASE 7505 N MACARTHUR IRVING TX | Debit | -$19.96 | $1,640.21 |
| 05/10/2019 | CHECKCARD 0509 FAMILY DOLLAR #14 DALLAS TX 55263529130837000098113 | Debit | -$8.49 | $1,660.17 |
| 05/10/2019 | CHECKCARD 0509 AT&T*BILL PAYMENT 8003310500 GA 55480779130812411218442 | Debit | -$150.00 | $1,668.66 |
| 05/10/2019 | City of Dallas DES:PR PAYMENT ID:0001-00011732 INDN:Jeems Cynthia CO ID:1756000508 PPD | Deposit | $1,575.22 | $1,818.66 |
| 05/09/2019 | VERSONA #4036 05/09 #000028960 PURCHASE VERSONA #4036 IRVING TX | Debit | -$37.87 | $243.44 |
| 05/09/2019 | CHECKCARD 0508 FAMILY DOLLAR #14 DALLAS TX 55263529129837000097274 | Debit | -$13.00 | $281.31 |
| 05/07/2019 | FAMILY DOLLAR 05/07 #000092172 PURCHASE 113 E JEFFERSON B DALLAS TX | Debit | -$21.86 | $294.31 |
| 05/06/2019 | wfo40426 DES:WEB PMTS ID:80R394 INDN:CynthiaJeems CO ID:900040764.6 WEB | Other Payment | -$1,580.64 | $316.17 |
| 05/06/2019 | CHECKCARD 0504 KROGER FU 7505 IRVING TX | Debit | -$27.93 | $1,896.81 |
| 05/06/2019 | KROGER #0 7505 05/04 #000108271 PURCHASE KROGER #0 7505 N IRVING TX 55480779125200924700337 | Debit | -$125.87 | $1,924.74 |
| 05/06/2019 | CHECKCARD 0504 METROPLEX VET CEN IRVING TX 55429509123740307780585 | Debit | -$29.07 | $2,050.61 |
| 05/06/2019 | PMNT SENT 0503 SQC*CASH APP 4153753176 CA 55429509123740307780585 | Debit | -$50.00 | $2,079.68 |
| 05/06/2019 | PMNT SENT 0503 SQC*CASH APP VONS 4153753176 CA 55429509123854307911551 | Debit | -$50.00 | $2,129.68 |
| 05/06/2019 | PMNT SENT 0503 #000202542 PMNT RCVD SQC*Cash App Cynt San Francisco CA | Deposit | $49.50 | $2,179.68 |

* = Item(s) included in Previous Statement(s).
— NTX

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

**** **** 9778

Page 4
NTX

| Date | Description | Type | Amount | Available Balance |
|---|---|---|---|---|
| 05/03/2019 | CHECKCARD  0501 LOGAN'S ROADHOUSE     LANCASTER     TX 05436849122200030320990 | Debit | -$21.79 | $2,130.18 |
| 05/02/2019 | SPROUTS FARMER 05/02 #000401557 PURCHASE     SPROUTS FARMERS    DALLAS     TX | Debit | -$74.45 | $2,151.97 |
| 05/01/2019 | WAL Wal-Mart S 05/01 #000091069 PURCHASE     2649 WAL-SAMS    IRVING     TX | Debit | -$43.82 | $2,226.42 |
| 05/01/2019 | CHECKCARD  0501 WENDY'S #1803     IRVING     TX | Debit | -$3.45 | $2,270.24 |
| 05/01/2019 | RG APPAREL CO  05/01 #000513150 PURCHASE     2912 N MACARTHUR*  IRVING     TX | Debit | -$21.65 | $2,273.69 |

Statement Period as of 04/23/2019

*** No More Activity For This Account ***

*handwritten annotations: "Rent", "Including rent", "1577.46"*

Find messages, documents, photos or people  Home

Compose  ← Back  Archive  Move  Delete  Spam

cynthiaje... 999+
cynthiajee... 999+

Inbox 999+
Unread
Starred
Drafts 24
Sent
Archive
Spam
Trash
∧ Less

Views   Hide
- Photos
- Documents
- Deals
- Purchases
- Groceries
- Travel
- Tutorials

Folders   Hide
+ New Folder

Case# 3:19-C-V-01270

**OPEN RECORDS NOTICE:** This email and responses may be subject to the Texas Open Records Act and may be disclosed to the public upon request. Please respond accordingly.**

From: Jeems, Cynthia D
Sent: Wednesday, April 24, 2019 2:04 PM
To: Shelton, James <james.shelton2@dallascityhall.com>
Subject: RE: Investigation

Good afternoon Jim,

I have already spoken to KeJuan Smith and Erica Chandler about the complaint against Tenisha Lester on March 20, 2019. I was truthful during the meeting. I am not in agreement to signing any confidential disclosure documents. The city has access to a polygraph test. I am in agreement to taking one and am requesting that Tenisha Lester takes one as well. Also, we should be speaking on how Susan McCrum grabbed me by my arm. If you want to terminate me, I suggest you put it in writing, otherwise, I have nothing further to say in regards to this matter. I am requesting that this harassment and intimidation stop immediately. Please advise.

Thank you,

Cynthia Jeems

From: Shelton, James
Sent: Wednesday, April 24, 2019 1:41 PM
To: Jeems, Cynthia D <cynthia.jeems@dallascityhall.com>
Cc: Smith, KeJuan <kejuan.smith@dallascityhall.com>; Chandler, Elaine Y <elaine.chandler@dallascityhall.com>
Subject: RE: Investigation

Cynthia,

Cynthia Jeems

350 E. Las Colinas Blvd. Unit 2042

Irving, Texas 75039

June 27, 2019

Magistrate Renee Harris-Toliver

1100 Commerce Street

Dallas, TX 75242

RE:   Update (Case # 3:19-cv-01270)

The cash app money of a $100 dollar was sent to my mother on May 6 as shown in my bank account statement.  Also, I took her an additional $100 dollars when I visited during Memorial Day weekend.  Also included in my bank statement is my rent, car note, and more.

Thank you for your time and attention in this matter.

Respectfully submitted

Cynthia Jeems

Cynthia Jeems

350 E. Las Colinas Blvd Unit 2042

Irving, Texas 75039


June 28, 2019


Magistrate Renee Harris Toliver

1100 Commerce St

Dallas Texas 75242


RE:   Hostile work environment


Your magistrate, I have so many emotions inside of me such as hurt, despair, feeling stressed and mentally exhausted form all I have had to endure while being employed with the City of Dallas. To add insult to injury, instead of them trying to do the right thing and correct the issue, they are trying to manipulate, intimidate, further harass me, break me and continue to place me in a hostile work environment. I named Clinton Byrd as one of the employees in my paperwork when I initially filed my suit. They have since then promoted him to become my supervisor in hopes that I will drop my suit but I have to press forward because by doing so, they sent a message to not only me but to all African Americans that you can stand up for your right but we as Caucasians are going to still do what we want to do. This message is to discourage us from speaking our truth and standing up for our tights not to be treated like 3/5 of a person. In the wake of all this hatred being shown towards African Americans in 2019, I need to speak my truth. When I first started working for the City of Dallas in September, I was informed how racist and cut throat the people were in my office. I still tried to remain positive but it all unfolded right before my very eyes. There are so many oppressed African Americans working in my building and they put the fear of God in them; showing them that if they speak up there will be repercussions. I have had a grown African American man to tell me that they do not even respect him as a man and another one to tell me that blacks have had to sue the City of Dallas to get promotions and the message that has been given to them that Caucasians can treat them any kind of way and get away with it. I am an observer and I noticed how comfortable they have been in their in their sense of entitlement, harassment, assault, acts of intimidation and threat, demeanor and actions that they are too comfortable at doing this so they have perfected their craft by keeping this vicious cycle going. This is for all of us.

While reviewing my bank statement you deem that I need to pay the fee to file my suit, it will place me in a bind but I will try to find a way to come up with the money to file this suit. Too many people have lost their lives, blood sweat and tears for me to still be experiencing discrimination and hate in 2019. I am sitting in the library with tears in my eyes and rolling down my face as I type this letter because I think of how sick and stressed out I have been since I have been working for the City of Dallas and I have been pleading with God to expose all the bad and evil, hate and discrimination and to deliver me from it all.

Had they remained silent, we will still be in bondage. I just want them to understand that they are not above the law and I spend too much time at work to be harassed, belittled, and assaulted, experiencing hate and intimidation. Please do not dismiss my case your honor, my truth needs to be heard to bring about change and justice. Thank you for your time and consideration in this matter.

Respectfully submitted,

Cynthia Jeems

# MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT
## SIMPLE FINANCE CHARGE

DEAL# 88422
STK # PFNT06254
CUST# 263031

Dealer Number _____   Contract Number 89767

FORM# 65410  EP870-FI

BUYER: CYNTHIA DENISE JEEMS
ADDRESS: 350 E LAS COLINAS BLVD UNIT 2042
CITY: IRVING   STATE: TX   ZIP: 75039
PHONE: 662-392-5538

SELLER/CREDITOR: driversselect
ADDRESS: 2015 W I-20 FRONTAGE RD
CITY: GRAND PRAIRIE   STATE: TX   ZIP: 75052
PHONE: 214-693-1005

CO-BUYER: N/A
ADDRESS: N/A
CITY: N/A   STATE: N/A   ZIP: N/A
PHONE: N/A

*Case # 3:19-c-v-01270* (handwritten)

The Buyer is referred to as "you" or "your." The Seller is referred to as "we" or "us." This contract may be transferred by the Seller.

**PROMISE TO PAY:** The credit price is shown below as the "Total Sales Price." The "Cash Price" is also shown on page 2 of this contract. By signing this contract, you choose to purchase the vehicle on credit according to the terms of this contract. You agree to pay us the Amount Financed, Finance Charge, and any other charges in this contract. You agree to make payments in U.S. funds according to the Payment Schedule in this contract. If more than one person signs as a buyer, you agree to keep all the promises in this agreement even if the others do not.

You have thoroughly inspected, accepted, and approved the vehicle in all respects.

### VEHICLE IDENTIFICATION

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER | | USE FOR WHICH PURCHASED |
|---|---|---|---|---|---|
| 2015 | BMW | 320I | WBA3B1G54FNT06254 | ☐ NEW<br>☐ DEMONSTRATOR<br>☐ FACTORY OFFICIAL/EXECUTIVE<br>☒ USED | PERSONAL, FAMILY, OR HOUSEHOLD, UNLESS OTHERWISE INDICATED BELOW<br>If either of the boxes below is checked, Chapter 353 of the Texas Finance Code applies to this Contract.<br>☐ BUSINESS OR COMMERCIAL<br>☐ AGRICULTURAL   ☐ N/A |

Trade-in: Make N/A   Model N/A
Year N/A   VIN N/A   License No. N/A

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $0.00 |
|---|---|---|---|---|
| 17.69 % | $ 15595.28 | $ 24771.52 | $ 40366.80 | $ 40366.80 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 560.65 | Monthly beginning 10/19/2018 |
| N/A | N/A | N/A |

Or as follows N/A

**SERVICING AND COLLECTION CONTACTS**
We may try to contact you at any mailing address, e-mail address, or phone number you give us as the law allows. We may try to contact you in writing (including mail, e-mail, and text messages) and by phone (including prerecorded or artificial voice messages and automatic telephone dialing systems).

**Returned Check Charge:** You agree to pay a charge of $ 30 if any check you give us is dishonored or any electronic payment is returned unpaid.

**Late Charge:** If we do not receive your entire payment within 15 days after it is due (10 days if you are buying a heavy commercial vehicle), you will pay a late charge of 5% of the scheduled payment.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** We will have a security interest in the vehicle being purchased.
**Additional Information:** See this document for more information about nonpayment, default, security interests, and any required repayment in full before the scheduled date.

N/A

**OCCC NOTICE.** For questions or complaints about this contract, contact FLAGSHIP CREDIT ACCEPTANCE LLC at _____. The Office of Consumer Credit Commissioner (OCCC) is a state agency, and it enforces certain laws that apply to this contract. If a complaint or question cannot be resolved by contacting the creditor, consumers can contact the OCCC to file a complaint or ask a general credit-related question. OCCC address: 2601 N. Lamar Blvd., Austin, Texas 78705. Phone: (800) 538-1579. Fax: (512) 936-7610. Website: occc.texas.gov. E-mail: consumer.complaints@occc.texas.gov.

Buyer Initials X _____   Co-Buyer Initials X N/A

09/19/2018   06:23 pm
LAW 553-TX-eps-14 4/18 v1   Page 1 of 4